EXHIBIT A

 *(/)*

GO ANYWHERE™ WINE GLASS

## 28 PRODUCTS

Sort & Filter ⌄

  

(/search?display=list)(/search?display=grid)(/search?display=grid)

---



(/TopRack-14oz-Whiskey-4-Pack)

TopRack - 14oz Whiskey (4 Pack) (/TopRack-14oz-Whiskey-4-Pack)

**$17.95**

★★★★★



(/govino-16oz-Dishwasher-Safe-Wine-Glass-4pk)

Dishwasher Safe - 16oz Wine (4 Pack) (/Govino-16oz-Dishwasher-Safe-Wine-Glass-4pk)

**$17.95**

★★★★★



(/govino-16oz-Dishwasher-Safe-Wine-Glass-2pk)

Dishwasher Safe - 16oz Wine (2 Pack) (/Govino-16oz-Dishwasher-Safe-Wine-Glass-2pk)

**$8.95**

★★★★★



(/govino-12oz-Dishwasher-Safe-Wine-Cocktail-4pk)

Dishwasher Safe - 12oz Cocktail (4 Pack) (/Govino-12oz-Dishwasher-Safe-Wine-Cocktail-4pk)

**$17.95**

★★★★★



(/govino-12oz-Dishwasher-Safe-Cocktail-Glass-2pk)

Dishwasher Safe - 12oz Cocktail (2 Pack) (/Govino-12oz-Dishwasher-



(/govino-8oz-Dishwasher-Safe-Flute-4pk)



(/govino-Dishwasher-Safe-8oz-Flute-2-Pack)

Dishwasher Safe - 8oz Flute (2 Pack) (/Govino-Dishwasher-Safe-8oz-Flute-2-Pack)

**$8.95**



(/govino-16oz-Dishwasher-Safe-Beer-Glass-4pk)

Safe-Cocktail-Glass-2pk)

**$8.95**

★ ★ ★ ★ ★

Dishwasher Safe - 8oz Flute (4 Pack) (/Govino-8oz-Dishwasher-Safe-Flute-4pk)

**$17.95**

★ ★ ★ ★ ★

★ ★ ★ ★ ★

Dishwasher Safe - 16oz Beer (4 Pack) (/Govino-16oz-Dishwasher-Safe-Beer-Glass-4pk)

**$17.95**

★ ★ ★ ★ ★



(/govino-Dishwasher-Safe-16oz-Beer-2-Pack)

Dishwasher Safe - 16oz Beer (2 Pack) (/Govino-Dishwasher-Safe-16oz-Beer-2-Pack)

**$8.95**

★ ★ ★ ★ ★



(/govino-28oz-Dishwasher-Safe-Decanter-1pk)

Dishwasher Safe - 28oz Decanter (/Govino-28oz-Dishwasher-Safe-Decanter-1pk)

**$14.95**

★ ★ ★ ★ ★



(/Decanter-Wine-Glass-Set)

Dishwasher Safe - Decanter & Wine Glass Set (/Decanter-Wine-Glass-Set)

**$19.95**

★ ★ ★ ★ ★



(/govino-16oz-Dishwasher-Safe-Wine-Glass-Patriotic-12-singles)

Dishwasher Safe 'Patriotic' - 16oz Wine (12 Singles) (/Govino-16oz-Dishwasher-Safe-Wine-Glass-Patriotic-12-singles)

**$59.00**

★ ★ ★ ★ ★



(/govino-16oz-Dishwasher-Safe-Wine-Glass-72-Singles)

Dishwasher Safe - 16oz Wine (72 Singles) (/Govino-16oz-Dishwasher-



(/govino-12oz-Dishwasher-Safe-Wine-Cocktail-72-Singles)

Dishwasher Safe - 12oz Cocktail (72 Singles) (/Govino-12oz-Dishwasher-



(/govino-8oz-Dishwasher-Safe-Flute-72-Singles)

Dishwasher Safe - 8oz Flute (72 Singles) (/Govino-8oz-Dishwasher-Safe-Flute-72-Singles)



(/govino-16oz-Dishwasher-Safe-Beer-Glass-48-Singles)

Dishwasher Safe - 16oz Beer (48 Singles) (/Govino-16oz-Dishwasher-

Safe-Wine-Glass-72-Singles)

$335.00

★★★★★

Safe-Wine-Cocktail-72-Singles)

$335.00

★★★★★

$335.00

★★★★★

Safe-Beer-Glass-48-Singles)

$230.00

★★★★★



(/Dishwasher-Safe-Variety-Gift-Pack)

Dishwasher Safe Variety Gift Pack (/Dishwasher-Safe-Variety-Gift-Pack)

$113.25

★★★★★



(/govino-16oz-Classic-Hand-Wash-Wine-Glass-4pk)

Classic Hand Wash - 16oz Wine (4 Pack) (/Govino-16oz-Classic-Hand-Wash-Wine-Glass-4pk)



$12.95

★★★★★



(/govino-12oz-Classic-Hand-Wash-Wine-Cocktail-4pk)

Classic Hand Wash - 12oz Cocktail (4 Pack) (/Govino-12oz-Classic-Hand-Wash-Wine-Cocktail-4pk)



$12.95

★★★★★



(/govino-8oz-Classic-Hand-Wash-8oz-Flute-4pk)

Classic Hand Wash - 8oz Flute (4 Pack) (/Govino-8oz-Classic-Hand-Wash-8oz-Flute-4pk)



$12.95

★★★★★



(/govino-16oz-Classic-Hand-Wash-Beer-Glass-4pk)

Classic Hand Wash - 16oz Beer (4 Pack) (/Govino-16oz-Classic-Hand-Wash-Beer-Glass-4pk)

$12.95

★★★★★



(/govino-28oz-Classic-Hand-Wash-Decanter-1pk)

Classic Hand Wash - 28oz Decanter (/Govino-28oz-Classic-Hand-Wash-Decanter-1pk)

$9.95

★★★★★



(/Decanter-and-Wine-Glass-Set)

Classic Hand Wash - Decanter & Wine Glass Set (/Decanter-and-Wine-Glass-Set)

$14.95

★★★★★



(/Classic-Hand-Wash-Variety-Pack)

Classic Hand Wash - Variety Gift Pack (/Classic-Hand-Wash-Variety-Pack)

$74.75

★★★★★

EXHIBIT A

   

(/govino-16oz-Classic-Hand-Wash-Wine-Glass-72-Singles)

(/govino-8oz-Classic-Hand-Wash-8oz-Flute-72-Singles)

(/govino-16oz-Classic-Hand-Wash-Beer-Glass-48-Singles)

(/Classic-Hand-Wash-12oz-Cocktail-72-Singles_2)

Classic Hand Wash - 16oz Wine (72 Singles) (/Govino-16oz-Classic-Hand-Wash-Wine-Glass-72-Singles)

Classic Hand Wash - 8oz Flute (72 Singles) (/Govino-8oz-Classic-Hand-Wash-8oz-Flute-72-Singles)

Classic Hand Wash - 16oz Beer (48 Singles) (/Govino-16oz-Classic-Hand-Wash-Beer-Glass-48-Singles)

Classic Hand Wash - 12oz Cocktail (72 Singles) (/Classic-Hand-Wash-12oz-Cocktail-72-Singles_2)

**$252.00**

**$252.00**

**$154.00**

**$252.00**

★★★★★

★★★★★

★★★★★

★★★★★

Shop (/search)

Collections (/collections)

FAQ's (/govino-faqs)

Contact (/contact)

Custom Printed GOVINO's (/custom-printed-govino)

Buzz (/Buzz)

Get Social (/get-social)

Blog (/Blog)

Return Policy (/return-policy)

Privacy Policy (/Privacy-Policy)

Wholesale Login

**Keep in Touch**

Email Address    ➜    EXHIBIT A

© 2017 govino, LLC – St. Helena, CA 94574. Distinctive Product Configuration and Product Packaging Exclusive of GOVINO®, LLC.
U.S. Patent Nos. D577,547, 8,875,935, 9,089,233. U.S. and international patents pending

(http:    (http:    (http:    (http:    (http:
/govi    /govi    /govi    /govi    /user

Page 5 of 5

**EXHIBIT B**

| GOVINO® PRODUCTS |
| --- |



| Wine Glass | Flute | Beer Glass | Decanter | Cocktail Glass |

**EXHIBIT C**

| GOVINO® PRODUCT PACKAGING (Classis Hand Wash Series) |
| --- |



| Wine Glass | Flute | Beer Glass | Decanter | Cocktail Glass |

**EXHIBIT D**

| GOVINO® PRODUCT PACKAGING (Dishwasher Safe Series) |
| --- |



| Wine Glass | Flute | Beer Glass | Decanter | Cocktail Glass |

1

(12) **United States Design Patent**
Willat et al.

(10) Patent No.: **US D577,547 S**
(45) Date of Patent: ** **Sep. 30, 2008**

(54) **WINE GLASS**

(75) Inventors: **Boyd I. Willat**, Los Angeles, CA (US);
**Joseph T. Perrulli**, St. Helena, CA (US);
**Paul H. Velick**, Santa Monica, CA (US);
**Gary D. Delgado**, New York, NY (US)

(73) Assignee: **By the Glass, LLC**, Los Angeles, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/297,011**

(22) Filed: **Nov. 1, 2007**

(51) **LOC (8) Cl.** ................................................. **07-01**

(52) **U.S. Cl.** ........................................ **D7/523**; D7/509

(58) **Field of Classification Search** ................. D7/500,
D7/509, 523–525, 531, 535, 537, 558; D9/500,
D9/506, 522; 62/457.3; 215/374, 387, 12.1,
215/6, DIG. 7; 220/703.606, 592.16, 592.17;
229/400; D11/153; D26/9; 431/291
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D4,225 | S | * | 7/1870 | Atterbury et al. ............ D9/500 |
| 3,730,385 | A | * | 5/1973 | Rost ............................ 206/520 |
| D240,285 | S | * | 6/1976 | Tapani-Sarpaneva ......... D7/509 |
| D240,286 | S | * | 6/1976 | Tapani-Sarpaneva ......... D7/509 |
| 5,868,272 | A | * | 2/1999 | Deal .......................... 220/669 |
| D438,430 | S | * | 3/2001 | Gabrhel ...................... D7/523 |
| D512,271 | S | * | 12/2005 | Festa ............................ D7/537 |
| D519,320 | S | * | 4/2006 | Festa ............................ D7/509 |
| D519,785 | S | * | 5/2006 | Bodum ....................... D7/523 |
| D541,108 | S | * | 4/2007 | Wang et al. .................. D7/523 |
| D550,034 | S | * | 9/2007 | Bodum ....................... D7/509 |
| D553,909 | S | * | 10/2007 | Bodum ....................... D7/523 |
| 2006/0249518 | A1 | * | 11/2006 | Festa ............................ 220/669 |

* cited by examiner

*Primary Examiner*—Philip Hyder
*Assistant Examiner*—Cynthia Underwood
(74) *Attorney, Agent, or Firm*—Kelly Lowry & Kelley, LLP;
Stuart O. Lowry

(57) **CLAIM**

The ornamental design for a wine glass, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view showing the front, left and top sides of a wine glass embodying the new design;

FIG. **2** is a front elevation view thereof;

FIG. **3** is a left side elevation view thereof, the right side being a mirror image of the left side as shown;

FIG. **4** is a rear elevation view thereof;

FIG. **5** is a top plan view thereof;

FIG. **6** is a bottom plan view thereof; and,

FIG. **7** is a vertical sectional view taken along line **4**—**4** of FIG. **4**.

**1 Claim, 2 Drawing Sheets**




**U.S. Patent**  Sep. 30, 2008  Sheet 1 of 2  **US D577,547 S**



FIG. 1



FIG. 2



FIG. 3

**U.S. Patent**        Sep. 30, 2008        Sheet 2 of 2        US D577,547 S



FIG. 4

FIG. 5

FIG. 6

FIG. 7

US00D646926S

EXHIBIT F

(12) **United States Design Patent**
Willat et al.

(10) Patent No.: **US D646,926 S**
(45) Date of Patent: ** **Oct. 18, 2011**

(54) **CHAMPAGNE GLASS**

(75) Inventors: **Boyd I. Willat**, Venice, CA (US);
**Joseph T. Perrulli**, St. Helena, CA (US);
**Barbara Heizer**, New York, NY (US)

(73) Assignee: **By The Glass, LLC**, Los Angeles, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/378,705**

(22) Filed: **Nov. 8, 2010**

(51) **LOC (9) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** ........................................ **D7/509**; D7/523
(58) **Field of Classification Search** ................... D7/523,
D7/509, 510, 511, 524, 528, 537; 215/398;
220/703, 598, 592.16; D11/153
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D132,691 | S | * | 6/1942 | Sawyer | D11/153 |
| D219,529 | S | * | 12/1970 | Uhrmann | D7/523 |
| D282,232 | S | * | 1/1986 | Bussell | D7/509 |
| D438,430 | S | * | 3/2001 | Gabrhel | D7/523 |
| D454,278 | S | * | 3/2002 | Kerman | D7/509 |
| D463,715 | S | * | 10/2002 | Dretzka | D7/523 |
| D501,362 | S | * | 2/2005 | Gauss | D7/510 |
| D507,151 | S | * | 7/2005 | Schuler et al. | D7/509 |
| D519,320 | S | * | 4/2006 | Festa | D7/509 |
| D550,034 | S | * | 9/2007 | Bodum | D7/509 |
| D577,547 | S | * | 9/2008 | Willat et al. | D7/523 |
| D590,662 | S | * | 4/2009 | Cheng | D7/511 |
| D597,791 | S | * | 8/2009 | Lion et al. | D7/523 |
| D614,917 | S | * | 5/2010 | Calco | D7/509 |
| D622,548 | S | * | 8/2010 | Jensen et al. | D7/523 |
| 2006/0249518 | A1 | * | 11/2006 | Festa | 220/669 |

* cited by examiner

*Primary Examiner* — Marianne Pandozzi
(74) *Attorney, Agent, or Firm* — Lowry Blixseth LLP; Stuart O. Lowry; Scott M. Lowry

(57) **CLAIM**
The ornamental design for a champagne glass, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view showing the front, top and left sides of the glass;
FIG. **2** is a front elevation view of the glass;
FIG. **3** is a left side elevation view of the glass, the right side being a mirror image of the left side as shown;
FIG. **4** is a rear elevation view of the glass;
FIG. **5** is a top plan view of the glass; and,
FIG. **6** is a bottom plan view of the glass.

**1 Claim, 2 Drawing Sheets**




Page 1 of 3

**U.S. Patent**     Oct. 18, 2011     Sheet 1 of 2     US D646,926 S



FIG. 1

FIG. 2

FIG. 3

EXHIBIT F

**U.S. Patent**   Oct. 18, 2011   Sheet 2 of 2   US D646,926 S



FIG. 4



FIG. 5



FIG. 6

(12) **United States Design Patent**
Willat et al.

(10) Patent No.: **US D724,898 S**
(45) Date of Patent: ** **Mar. 24, 2015**

(54) **BEER GLASS**

(71) Applicant: **By The Glass, LLC**, Venice, CA (US)

(72) Inventors: **Boyd I. Willat**, Venice, CA (US);
**Amber Willat**, Venice, CA (US); **Robert Portillo**, Carlsbad, CA (US); **Barbara Heizer**, New York, NY (US); **Joseph T. Perrulli**, St. Helena, CA (US)

(73) Assignee: **govino, LLC**, St. Helena, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/468,315**

(22) Filed: **Sep. 27, 2013**

(51) LOC (10) Cl. ................................................ **07-01**
(52) **U.S. Cl.**
USPC ........................................................ **D7/523**
(58) **Field of Classification Search**
USPC .......... D7/376, 377, 378, 381, 383–386, 507,
D7/509, 510, 511, 515, 518, 523, 524, 526,
D7/527, 528, 530–535, 561, 562; D9/503,
D9/530, 537, 540, 542, 551; 206/217, 519,
206/520; 215/12.1, 13.1, 376, 377, 384,
215/387, 391, 392, 393, 398; 220/23.87,
220/212.5, 592.17, 630, 703, 704, 705,
220/710.5, 713, 714, 715, 719, 735;
224/483; 248/205.5; 428/344
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D383,037 S | * | 9/1997 | Asberg ........................... D7/511 |
| D502,633 S | * | 3/2005 | Liu .................................. D7/523 |
| D507,721 S | * | 7/2005 | Schuler et al. ................. D7/509 |
| D569,189 S | * | 5/2008 | Kehrein et al. ................. D7/523 |
| D582,213 S | * | 12/2008 | Kehrein et al. ................. D7/523 |
| D648,179 S | * | 11/2011 | Myers ............................. D7/523 |
| D648,599 S | * | 11/2011 | Watanabe et al. .............. D7/523 |

* cited by examiner

*Primary Examiner* — Susan Bennett Hattan
*Assistant Examiner* — Leanne Was
(74) *Attorney, Agent, or Firm* — Lowry Blixseth LLP; Scott M. Lowry

(57) **CLAIM**
The ornamental design for a beer glass, as shown.

**DESCRIPTION**

FIG. **1** is a perspective view showing the front, top and left sides of the beer glass;
FIG. **2** is a front elevation view of the beer glass;
FIG. **3** is a left side elevation view of the beer glass;
FIG. **4** is a rear elevation view of the beer glass;
FIG. **5** is a top plan view of the beer glass; and,
FIG. **6** is a bottom plan view of the beer glass.

**1 Claim, 5 Drawing Sheets**





*FIG. 1*



*FIG.  2*

EXHIBIT G

**U.S. Patent**          Mar. 24, 2015          Sheet 3 of 5          US D724,898 S



*FIG. 3*



FIG.  4

EXHIBIT G

**U.S. Patent**      Mar. 24, 2015      Sheet 5 of 5      US D724,898 S



*FIG. 5*



*FIG. 6*

US00D685218S

EXHIBIT H

(12) **United States Design Patent**    (10) **Patent No.:**    **US D685,218 S**
Willat et al.    (45) **Date of Patent:** **    **Jul. 2, 2013**

(54) **DECANTER**

(75) Inventors: **Boyd I. Willat**, Venice, CA (US);
**Joseph T. Perrulli**, St. Helena, CA (US)

(73) Assignee: **By The Glass, LLC**, Los Angeles, CA
(US)

(**) Term: **14 Years**

(21) Appl. No.: **29/411,856**

(22) Filed: **Jan. 26, 2012**

(51) **LOC (9) Cl.** .................................................. **07-01**
(52) **U.S. Cl.**
USPC ...................................... **D7/316**; D7/598
(58) **Field of Classification Search**
USPC ................. D7/316, 598, 600, 300, 317, 318,
D7/319; D9/500, 538; D11/146, 152, 153;
222/146.6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D181,301 S | * | 10/1957 | Loewy | D7/300 |
| D214,831 S | * | 8/1969 | Lomont | D7/598 |
| D230,689 S | * | 3/1974 | Schweizer | D7/598 |
| D295,145 S | * | 4/1988 | Jeanjean | D7/300 |
| D403,833 S | * | 1/1999 | Mertins, Jr. | D99/34 |
| D542,707 S | * | 5/2007 | Kolokotronis et al. | D11/153 |
| D567,566 S | * | 4/2008 | Beha | D7/316 |
| D577,547 S | * | 9/2008 | Willat et al. | D7/523 |
| D612,659 S | * | 3/2010 | Kehoe | D7/316 |
| D635,403 S | * | 4/2011 | Conway et al. | D7/598 |
| D646,926 S | * | 10/2011 | Willat et al. | D7/509 |
| D658,924 S | * | 5/2012 | Sabadicci | D7/316 |
| D671,786 S | * | 12/2012 | Lin | D7/300.1 |
| 2006/0249518 A1 | * | 11/2006 | Festa | 220/669 |

* cited by examiner

*Primary Examiner* — Marianne Pandozzi
(74) *Attorney, Agent, or Firm* — Lowry Blixseth LLP; Scott
M. Lowry

(57) **CLAIM**

The ornamental design for a decanter, as shown and
described.

**DESCRIPTION**

FIG. **1** is a perspective view showing the front, top and right
sides of the decanter;
FIG. **2** is a front elevation view of the decanter;
FIG. **3** is a rear elevation view of the decanter;
FIG. **4** is a left side elevation view, the right side being a
mirror image of the left side as shown;
FIG. **5** is a top plan view of the decanter;
FIG. **6** is a bottom plan view of the decanter;
FIG. **7** is a cross-sectional view of the decanter, taken about
the line 7-7 of FIG. **2**; and,
FIG. **8** is an enlarged cross-sectional view taken about the
circle **8** of FIG. **7**, further illustrating an inwardly projecting
drip resistant lip of the decanter.

**1 Claim, 2 Drawing Sheets**



Page 1 of 3

EXHIBIT H

**U.S. Patent**    **Jul. 2, 2013**    **Sheet 1 of 2**    US D685,218 S



FIG. 1

FIG. 2

FIG. 3

Page 2 of 3

EXHIBIT H

**U.S. Patent**   **Jul. 2, 2013**   **Sheet 2 of 2**   **US D685,218 S**



FIG. 4

FIG. 5

FIG. 6

FIG. 7

FIG. 8

# EXHIBIT I





## EXHIBIT I



### The govino "Go Anywhere" Classic Series 17-pc Variety Pack: Set 4-16oz Wine Glass, Set 4-12oz Cocktail Glass, Set 4- 8oz
by Govino

$59⁹⁹

FREE Shipping on eligible orders     3

**Product Features**
Hand wash only to maintain the luster of your *govino*



### The govino Go Anywhere Classic Series Beer Glasses Flexible Shatterproof Recyclable, 16-ounce, Set of 4
by Govino

$12⁹⁵                101

FREE Shipping on eligible orders

More Buying Choices
$12.74 new (13 offers)
$12.00 used (1 offer)

**Product Features**
... only to maintain the luster of your *govino* Classic Series Beer Glass. ...



### Govino 8 Ounce Dishwasher Safe Series Flute Glasses (4-Pack)
by Govino

Click for product details        19

FREE Shipping on eligible orders

**Product Features**
... flexible BPA-free polymer, the *govino®* Dishwasher Safe Champagne ...



### The govino Dishwasher Safe Beer Glasses Flexible Shatterproof Recyclable, 16-ounce, Set of 4
by Govino

~~$24.95~~ Click for product details      12

FREE Shipping on eligible orders
Only 2 left in stock - order soon.

More Buying Choices
$3.34 used & new (14 offers)

**Product Features**
... flexible BPA-free polymer, the *govino* Dishwasher Safe Beer glasses ...



Best Seller ⬗

### TOSSWARE 9oz Shatterproof Champagne and Cocktail Glass - Set of 12 - BPA-Free Upscale Recyclable/Disposable Plastic Flutes
by TOSSWARE

$11⁰⁴ Subscribe & Save        438
Save more with monthly Subscribe & Save deliveries.

$11⁰⁴ ~~$12.99~~
FREE Shipping on eligible orders

More Buying Choices
$11.04 new (3 offers)
$8.56 used (11 offers)



### The govino Dishwasher Safe Decanter Set, Includes Two 16-ounce Dishwasher Safe Glasses
by Govino

$16⁹⁵              15

FREE Shipping on eligible orders

More Buying Choices
$16.95 new (8 offers)

**Product Features**
... flexible BPA-free polymer, the *govino®* Dishwasher Safe Decanter ...

Page 2 of 4

EXHIBIT I



**16oz Dishwasher Safe Series Wine Glass - Cheers Custom**
by Govino
$17.95
FREE Shipping on eligible orders
More Buying Choices
$17.95 new (4 offers)
$13.28 used (2 offers)

124

**Product Description**
... new year, the new customized GOVINO® award-winning 16oz Wine Glass ...

**TOSSWARE 14oz Shatterproof Wine and Cocktail Glass -SET OF 48- BPA-Free Upscale Recyclable/Disposable Plastic Vino**
by TOSSWARE
$47.99
FREE Shipping on eligible orders
Only 14 left in stock - order soon.
More Buying Choices
$40.79 new (2 offers)
$35.69 used (4 offers)

473

**Unbreakable Wine Glasses - 100% Tritan - Shatterproof, Reusable, Dishwasher Safe (Set of 8 Stemless) by D'Eco**
by Deco
$36.95 $49.95
FREE Shipping on eligible orders

270

**govino Stemless Shatterproof Wine Glasses - 16 Pack**
by Govino
$51.80
FREE Shipping on eligible orders
Only 9 left in stock - order soon.
More Buying Choices
$51.80 new (2 offers)

8

**Product Description**
... good wine from plastic cups! Govino wine glasses are made from a ...

**Govino Set Of 8 Shatterproof 16oz. Beer Glasses With Thumb-Notch**
by Govino
$19.99
FREE Shipping on eligible orders
Only 1 left in stock - order soon.
More Buying Choices
$19.99 new (2 offers)
$8.40 used (1 offer)

11

**Product Features**
8-pack tote includes 8 govino beer glasses

by Sports Team Accessories

by Sports Team Accessories

Previous Page    **1**  2  3  ...  8    **Next Page**

**Search Feedback**
Did you find what you were looking for?

Yes    No

If you need help or have a question for Customer Service, please **visit the Help Section.**

Back to top

Get to Know Us        Make Money with Us        Amazon Payment Products        Let Us Help You    **Page 3 of 4**

EXHIBIT I

| | | | |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | Sell Your Subscription on Amazon | | |
| | › See all | | |

English     United States

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Video Direct<br>Video Distribution<br>Made Easy |
| Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | AudiobookStand<br>Discount Audiobooks<br>on Disc | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy |
| DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India |
| Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content |
| | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

Page 4 of 4



EXHIBIT J



*i* One of these items ships sooner than the other. Show details

☑ **This item:** Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4  $12.95
☑ Govino Go Anywhere Champagne Flute, 8-Ounce, Pack of 4  $12.95
☑ The govino Go Anywhere Classic Series Beer Glasses Flexible Shatterproof Recyclable, 16-ounce, Set... $12.95

## Sponsored products related to this item (What's this?)

    

| Red Wine Glasses Set of 2 Hand Painted Designed with Strong Presence by DAQQ, Inspired by the | Lifefactory 17-Ounce BPA-Free Indoor and Outdoor Wine Glass 4-Pack with Protective | Royal 4-Piece Stemless Wine Glass Set, Elongated and Shatter-Resistant Glass, 15oz | TOSSWARE 14oz Shatterproof Wine and Cocktail Glass- Set of 12- BPA-Free Upscale | Avery Barn 6 pc Food Grade Silicone Unbreakable Wine Glasses + Foldable | Ev Ur Tri Di |
|---|---|---|---|---|---|
| ★★★★½ 64 | ★★★★½ 61 | ★★★★½ 472 | ★★★★½ 467 | ★★★★½ 30 | ★ |
| $35.99 ✓prime | $36.23 ✓prime | $14.95 ✓prime | $12.99 ✓prime | $11.99 ✓prime | $1 |

Ad feedback

## Customers who bought this item also bought

    

| Govino Go Anywhere Champagne Flute, 8-Ounce, Pack of 4 | The govino Go Anywhere Classic Series Beer Glasses Flexible Shatterproof Recyclable, 16-ounce,... | Govino Dishwasher Safe Flexible Shatterproof Recyclable Whiskey Glasses 14-ounce, Set of 4 | Govino Go Anywhere Classic Series Stemless Wine/Cocktail Glasses Flexible Shatterproof... | The govino Dishwasher Safe Decanter Set, Includes Two 16-ounce Dishwasher Safe Glasses |
|---|---|---|---|---|
| ★★★★☆ 247 | ★★★★☆ 101 | ★★★★★ 2 | ★★★½☆ 178 | ★★★★☆ 16 |
| $12.95 ✓prime | $12.95 ✓prime | $17.95 ✓prime | $12.95 ✓prime | $16.95 ✓prime |



Govino 12 Ounce Dishwasher Safe Series Wine/Cocktail Glasses (4-Pack)
★★★★☆ 53
$14.95 ✓prime

## Special offers and product promotions

Package Quantity: **4** | Size: **16-ounce**

- Save Big On Open-Box & Used Products: Buy "Govino Wine Glass Flexible Shatterproof Recyclable..." from Amazon Open-Box & Used and save 33% off the $19.55 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all offers from

Page 2 of 8

Amazon Open-Box & Used.

EXHIBIT J

## Compare to similar items



| | This item Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4 | Govino Dishwasher Safe Flexible Shatterproof Recyclable Wine Glasses, 16-ounce, Set of 4 | Govino 12 ounce Dishwasher Safe Series Wine/Cocktail Glasses (4-Pack) | Govino Go Anywhere Classic Series Stemless Wine/Cocktail Glasses Flexible Shatterproof Recyclable, 12-ounce, Set of 4 |
|---|---|---|---|---|
| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
| Customer Rating | ★★★★☆ (2258) | ★★★★½ (123) | ★★★★☆ (53) | ★★★½☆ (178) |
| Price | $12⁹⁵ | $14⁹⁵ | $14⁹⁵ | $12⁹⁵ |
| Shipping | FREE Shipping | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | MMP Living | MMP Living | MMP Living | birkenberry |
| Material Type | Plastic | Tritan | Tritan | Plastic |

## Product description

Package Quantity:**4** | Size:**16-ounce**



**It's not glass...it's govino! Where design meets durability!**

**govino Dishwasher Safe Series and Classic Series**

govino was originally created as a trade tool to help professional salespeople showcase their wines whenever and wherever proper stemware isn't accessible. Upon its debut in 2008, govino's very first customers included some of the worlds most renowned and respected wine producers, making govino the first and only unbreakable wine glass of its kind to be accepted by the wine industry! It is shatterproof, reusable, recyclable and proudly made in the USA.

Perfect for weddings, outdoor events, parties or around the pool. Great to take as hostess gifts, enjoy at picnics and on your boat. Glasses won't break when dropped leaving you to enjoy your event with friends. Cocktails, wine, beer or juice. govino glasses are easy to hold and perfect for any drink you can think of!

EXHIBIT J



**Why do govino products look and perform like fine crystal?**
All govino products are made from a flexible, BPA/BPS free polymer, which properly showcases all types of wines, beers, and spirits.

govino products are recyclable – but better yet – they are totally reusable.**Washing your govino products**

**Classic Series**
To keep your Classic Series govino products lustrous, and to maintain their elegant shape, HAND WASH ONLY, with a non-abrasive sponge, then buff dry with a lint-free towel or paper cloth.
**Reuse it, abuse it... Then simply recycle it!**

**Dishwasher Safe Series**
Our new Dishwasher Safe Series line of products are durable enough to withstand domestic dishwashers, just place in the top-rack!

### Product information

Package Quantity:**4**  |  Size:**16-ounce**

| | | Warranty & Support |
|---|---|---|
| Product Dimensions | 2.1 x 2.1 x 5.2 inches | |
| Item Weight | 1 ounces | Manufacturer's warranty can be requested from customer service. Click here to make a request to customer service. |
| Shipping Weight | 6.4 ounces (View shipping rates and policies) | |
| | | Feedback |
| Department | home, kitchen, dining, dinnerware, tableware, glassware & drinkware | If you are a seller for this product, would you like to suggest updates through seller support? |
| Manufacturer | Govino | Would you like to tell us about a lower price? |
| ASIN | B002WXSAT6 | |
| Item model number | 3103 | |
| Customer Reviews | ★★★★☆ ▼   2,258 customer reviews  3.8 out of 5 stars | |

Page 4 of 8

EXHIBIT J

| Best Sellers Rank | #1,553 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br><br>#6 in Kitchen & Dining > Bar Tools & Glasses > Bar, Cocktail & Wine Glasses > Wine Glasses<br><br>#12 in Kitchen & Dining > Glassware & Drinkware > Wine & Champagne Glasses<br><br>#21 in Kitchen & Dining > Wine Accessories |
|---|---|
| Date first available at Amazon.com | May 5, 2003 |

## Related Video Shorts



1:10

How To Select the Right Wine Glass



1:43

Using a White Wine Glass

## Sponsored products related to this item (What's this?)











Every Loft Stemless Unbreakable Wine Glass, Tritan Plastic, BPA-Free, Dishwasher-Safe, 16-
★★★★☆ 39
$19.99 ✓prime

KOVOT Elegant Champagne Toasting Flutes With Silver Accents - Set of 2 -
★★★★★ 9
$19.99 ✓prime

TOSSWARE 9oz Shatterproof Champagne and Cocktail Glass - Set of 12 - BPA-
★★★★½ 431
$12.99 ✓prime

Elegant Unbreakable Wine Glasses | Ideal for Indoor/Outdoor Use | Dishwasher Safe | 100%
★★★★★ 69
$23.88 ✓prime

Black Stemless Wine Glasses Fully Colored - 15Ēoz. Set of 6- Additional Vibrant Colors
★★★☆☆ 18
$34.95

Ad feedback 💬

## Customer Questions & Answers

See questions and answers

## Customer reviews

★★★★☆ 2,258

Page 5 of 8

EXHIBIT J

3.8 out of 5 stars ▾

| | | |
|---|---|---|
| 5 star | | 54% |
| 4 star | | 14% |
| 3 star | | 10% |
| 2 star | | 9% |
| 1 star | | 13% |

Share your thoughts with other customers

Write a customer review

See all 2,258 customer reviews ›

## Top customer reviews

⭐⭐☆☆☆ **Not That Great**
By Barney Fife on November 13, 2016
Package Quantity: 4 | Size: 16-ounce | Verified Purchase

Read the reviews about not putting them in the dishwasher etc. AN figured because I wash everything by hand in my RV that these would be a good buy. First glass is cloudy and hazy after about three hand washes. I have used it to hold wine, water, and fizzy vitamin tablets (Airborne Vitamins).

In addition to being too flexible and thin, which I cannot understand how folks think that is cool or good in any way (I was open minded until now) they are just not a good product. Not that great elsewhere if you want to buy once or buy these and replace them like I am going to do.

Comment | 12 people found this helpful. Was this review helpful to you? Yes | No | Report abuse

⭐⭐☆☆☆ **Look good..feel good at first....but**
By MJC on May 10, 2017
Package Quantity: 12 | Size: 16-ounce | Verified Purchase

If you even apply a tiny bit of pressure to these, they bend. They are too flexible. I bought them for use in our yard by the pool, but they are so lightweight they feel disposable and I'm afraid that guests will just toss them in the trash thinking they are not reusable. A solo cup is much sturdier. I am returning them.

Comment | 6 people found this helpful. Was this review helpful to you? Yes | No | Report abuse

⭐⭐⭐⭐⭐ **These are the best version of shatterproof wine glasses I've ever seen**
By Mary on August 9, 2016
Package Quantity: 4 | Size: 16-ounce | Verified Purchase

These are the best version of shatterproof wine glasses I've ever seen. The little rift at the side is perfect for comfortably fitting in your hand. Usually shatterproof glasses feel cheap, but these didn't - they were shiny and easy to see through, and I liked the material. Unfortunately one of my roommates put them in the dishwasher and they got all bent out of shape, so I do NOT recommend doing that!

Comment | 6 people found this helpful. Was this review helpful to you? Yes | No | Report abuse

⭐⭐☆☆☆ **Glorified Solo Cups**
By MisizJackson on May 15, 2017
Package Quantity: 4 | Size: 16-ounce | Verified Purchase

Not worth what I paid. Never would have purchased in a store if I saw them. The plastic is VERY thin. Flexible is right! The wine "glasses" are stuck in the back of my bar cabinet...I might use them one day.

Comment | 4 people found this helpful. Was this review helpful to you? Yes | No | Report abuse

⭐☆☆☆☆ **Disgusted I Paid So Much For A Solo Cup.**
By Ariel Murphy on June 13, 2016
Package Quantity: 4 | Size: 16-ounce | Verified Purchase

These "crystal" as they are called, are cheap throw away cups. I thought for the price I paid they would weigh more than the box they came in. All my kids need to do to break one is squeeze it too hard. I do not recommend these for the price. They are handwash only, but I'm not sure why even keep them that long. They are the type of plastic that will wear around the rim giving you plastic splinters if you are not careful.

Comment | 4 people found this helpful. Was this review helpful to you? Yes | No | Report abuse

⭐⭐☆☆☆ **These were great the first time I used them**
By Sanford/Kenney on August 18, 2016
Package Quantity: 4 | Size: 16-ounce | Verified Purchase

These were great the first time I used them, It was nice to have something lightweight to bring to park music festivals. After I put them in the dishwasher they came out deformed. I now only use them in private, I won't bring them out for friend's to use anymore. If you get these, do not put them in the dishwasher, even be

## Customer images

   

See all customer images

## Most recent customer reviews

⭐⭐⭐⭐⭐ **Love them!!!!**
Love them. No streaks when washed. We have used them for every day use. They have fallen and have not even chipped. Will be ordering another set soon. Definitely recommend.
Published 3 hours ago by Maria Mondejar

⭐⭐⭐⭐☆ **Great for my needs BUT.....**
Crystal clear and good looking but they are very thin and I am going to have to be careful that guests don't think they are disposable. Rim is a little 'sharp' too. Read more ›
Published 3 hours ago by Jillmac

⭐⭐⭐⭐⭐ **Five Stars**
Perfect for those outdoor events. nice shape and feel. great size.
Published 1 day ago by A. Logan

⭐⭐⭐☆☆ **Not for the dishwasher**
These are great and super convenient but do not put them in dishwasher top rack with heated dry.
Published 5 days ago by Melissa Lenke

⭐⭐⭐⭐⭐ **Five Stars**
my mom loves them
Published 6 days ago by WILLIAM GASSIE

⭐⭐⭐⭐⭐ **Five Stars**
These are great for my pool and spa.
Published 6 days ago by Peter T Malone

⭐⭐⭐⭐☆ **... glass-like appearance while the recessed side allows for an easy and comfortable grip**
The clear plastic gives a glass-like appearance while the recessed side allows for an easy and comfortable grip. Perfect for picnics or camping.
Published 7 days ago by Amazon Customer

⭐☆☆☆☆ **Crap. Melted in dishwasher**
Crap. Melted in dishwasher. Just pretty much an expensive version of a plastic cup
Published 7 days ago by Lisa R.

⭐⭐☆☆☆ **CHEAP**
TOO FLIMSEY FOR THE PRICE
Published 8 days ago by Naptown N...

Page 6 of 8

careful how hot your hand dish washing water is.

EXHIBIT J

⭐⭐⭐☆☆ **OKAY VALUE**

Bought these to use outside around the pool area to eliminate the possibility of broken glass. They work just fine, but are much thinner and flimsier plastic than I expected. Read more ›

Published 9 days ago by Circle B Ranch

Comment    3 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

⭐☆☆☆☆ **Glorified Solo cups**

By JLK on August 17, 2016

Package Quantity: 4  |  Size: 16-ounce  |  **Verified Purchase**

When I opened these I just rolled my eyes. They are super flimsy, barely any more durable than a grocery store solo cup. They withstood a pretty raucous party but not like they got stepped or sat on or anything. The top shelf of the dishwasher was too much for them. I knew I was taking a chance doing that, even without reading all the nightmare stories of deformed cups. I tossed 2 out and will let the other 2 be for emergency only, and then only hand wash.

Comment    3 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

⭐☆☆☆☆ **Great concept, lousy execution**

By Diego Banducci on September 21, 2016

Package Quantity: 4  |  Size: 16-ounce  |  **Verified Purchase**

Stated simply, you cannot wash these glasses in a dishwasher; the plastic melts. There are several plastics available that are clear, do not melt, do not craze, and are BPA - free, so why doesn't Govino use one of them instead? We'll never know.

Comment    3 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

**See all 2,258 customer reviews (newest first) ›**

Write a customer review

## Search customer reviews

[ 🔍                    ]    Search

## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more about Amazon Giveaway

**This item:** Govino Wine Glass Flexible Shatterproof Recyclable, Set of 4

Set up a giveaway

---

### Customers who viewed this item also viewed



Govino Dishwasher Safe Flexible Shatterproof Recyclable Wine Glasses, 16-ounce, Set of 4
⭐⭐⭐⭐½ 123
$14.95 ✓prime



Govino Go Anywhere Classic Series Stemless Wine/Cocktail Glasses Flexible Shatterproof...
⭐⭐⭐½☆ 178
$12.95 ✓prime



Govino 12 Ounce Dishwasher Safe Series Wine/Cocktail Glasses (4-Pack)
⭐⭐⭐⭐☆ 53
$14.95 ✓prime



GoVino Wine Glass Flexible Shatterproof Recyclable, Set of 8
⭐⭐⭐⭐☆ 131
$25.90 ✓prime



Vivocci Unbreakable Elegant Plastic Stemless Wine Glasses 20 oz | 100% Tritan Heavy Base |...
⭐⭐⭐⭐⭐ 322
$13.95 ✓prime

**Pages with related products.** See and discover other items: crystal gifts, best plastic cup, pool drinking accessories, kitchen gadgets under $10, pool dinnerware, drinking accessories

Back to top

EXHIBIT J

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | Sell Your Subscription on Amazon | | |
| | › See all | | |

Amazon

English    United States

| Amazon Music | Amazon Drive | 6pm | AbeBooks | ACX | Alexa | Amazon Business |
|---|---|---|---|---|---|---|
| Stream millions of songs | Cloud storage from Amazon | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Actionable Analytics for the Web | Everything For Your Business |
| AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids | Amazon Restaurants | Amazon Video Direct |
| Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Free Digital Educational Resources | Fun stories for kids on the go | Food delivery from local restaurants | Video Distribution Made Easy |
| Amazon Web Services | Audible | AudiobookStand | Book Depository | Box Office Mojo | ComiXology | CreateSpace |
| Scalable Cloud Computing Services | Download Audio Books | Discount Audiobooks on Disc | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy |
| DPReview | East Dane | Fabric | Goodreads | IMDb | IMDbPro | Junglee.com |
| Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Shop Online in India |
| Kindle Direct Publishing | Prime Now | Prime Photos | Shopbop | TenMarks.com | Warehouse Deals | Whispercast |
| Indie Digital Publishing Made Easy | FREE 2-Hour Delivery on Everyday Items | Unlimited Photo Storage Free With Prime | Designer Fashion Brands | Math Activities for Kids & Schools | Open-Box Discounts | Discover & Distribute Digital Content |
| Withoutabox | Woot! | | Zappos | Souq.com | Subscribe with Amazon | |
| Submit to Film Festivals | Deals and Shenanigans | | Shoes & Clothing | Shop Online in the Middle East | Discover & try subscription services | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

Page 8 of 8

EXHIBIT K

**Int. Cl.: 21**

**Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50**

**United States Patent and Trademark Office**

Reg. No. 3,586,708

Registered Mar. 10, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# GOVINO

BY THE GLASS, LLC (NEVADA LIMITED LIA-
 BILITY COMPANY)
9120 ORIOLE WAY
LOS ANGELES, CA 90069

  FOR: DRINKING VESSELS, IN CLASS 21 (U.S.
CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

  FIRST USE 2-21-2008; IN COMMERCE 2-21-2008.

  THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

  SER. NO. 77-537,004, FILED 8-1-2008.

  SUSAN STIGLITZ, EXAMINING ATTORNEY

EXHIBIT L

# United States of America

## United States Patent and Trademark Office

# `goVino

**Reg. No. 4,063,605**

**Registered Nov. 29, 2011**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

BY THE GLASS, LLC (NEVADA LIMITED LIABILITY COMPANY)
LOFT C103
615 HAMPTON DRIVE
VENICE, CA 90291

FOR: WINE, WINE SOLD IN A FLEXIBLE POUCH, WINE SOLD IN A FLEXIBLE POUCH
WITH A DISPOSABLE WINE GLASS, AND WINE SOLD IN A SINGLE SERVING SIZE, IN
CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 8-23-2011; IN COMMERCE 8-23-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE PORTION OF THE MARK "VINO" IS "WINE".

SN 77-338,521, FILED 11-28-2007.

ROBERT STRUCK, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Page 1 of 1

EXHIBIT M

# United States of America

### United States Patent and Trademark Office

# GO ANYWHERE

**Reg. No. 4,712,133**

**Registered Mar. 31, 2015**

GOVINO, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1234 ADAMS STREET
ST. HELENA, CA 94574

**Int. Cl.: 21**

FOR: DECANTERS; DRINKING VESSELS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**

FIRST USE 12-0-2007; IN COMMERCE 12-0-2007.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-366,139, FILED 8-13-2014.

LAURA GOLDEN, EXAMINING ATTORNEY



Michelle K. Lee

Director of the United States
Patent and Trademark Office

Page 1 of 2

EXHIBIT M

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Page 2 of 2

EXHIBIT N



EXHIBIT O

NEW & INTERESTING FINDS ON AMAZON EXPLORE

amazon Try Prime | All | goverre | Back-to-school checklist

Departments | Your Amazon.com | Today's Deals | EN | Hello. Sign in Account & Lists | Orders | Try Prime | 0 Cart

Amazon Home | Shop by Room | Furniture | Home Décor | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Lighting | Storage & Organization | Home Imp

"Alexa, what are your deals?" Save up to 40% on Alexa deals Learn more ›

‹ Back to search results for "goverre"

Roll over image to zoom in

GOVERRE

# GOVERRE : a GLASS, portable, wine glass with a silicone sleeve and a drink-through lid. (Purple)

31 customer reviews | 4 answered questions

Price: $24.00 + $4.99 shipping

In stock.
Usually ships within 2 to 3 days.
This item does not ship to **Italy**. Please check other sellers who may ship internationally.
Ships from and sold by GOVERRE.

Color: **Purple**

- Holds 17oz
- Dishwasher safe
- GOVERRE glass is almost 2x thicker than a typical wineglass making it extremely durable
- Can be enjoyed with or without its patent pending drink-through lid
- Hounds tooth patterned silicone sleeve give GOVERRE added durability, prevents heat transfer and provides a no-slip grip

**New** (1) from $24.00 + $4.99 shipping

OFF TO COLLEGE CHECKLIST IN HOME GIFT GUIDE Learn more ›

Share

Qty: 1

$24.00 + $4.99 shipping
In stock. Usually ships within 2 to 3 days.
Sold by **GOVERRE**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
Italy

Add to List

Add to Wedding Registry

Have one to sell? Sell on Amazon

## Product description

Color: **Purple**

GOVERRE is a GLASS, portable, stemless wine glass with a silicone sleeve and a drink-through lid.

## Product information

Color:**Purple**

| | |
|---|---|
| Shipping Weight | 1 pounds (View shipping rates and policies) |
| ASIN | B018RHONSM |
| Customer Reviews | 31 customer reviews<br>3.9 out of 5 stars |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

If you are a seller for this product, would you like to **suggest updates through seller support**?
Would you like to **tell us about a lower price**?



EXHIBIT O

| Best Sellers Rank | #30,352 in Kitchen & Dining (See Top 100 in Kitchen & Dining)<br>#246 in Kitchen & Dining > Bar Tools & Glasses > Bar, Cocktail & Wine Glasses > Wine Glasses<br>#304 in Kitchen & Dining > Glassware & Drinkware > Wine & Champagne Glasses<br>#988 in Kitchen & Dining > Wine Accessories |
|---|---|
| Date first available at Amazon.com | November 30, 2015 |

## Customer questions & answers

🔍 Have a question? Search for answers

▲
0 votes
▼

**Question:** Wouldn't this be considered open container if it was in your bag in the car??

**Answer:** I would not keep it in the car I would place in the trunk.
By Dj on April 26, 2017

▲
0 votes
▼

**Question:** Does this come with any kind of warrenty?

**Answer:** Unfortunately no, this does not come with a warranty. GOVERRE's products are designed and manufactured with great care. Product that is found to have defects in manufacturing and/or workmanship is eligible for replacement.
By GOVERRE **SELLER** on January 26, 2016

▲
0 votes
▼

**Question:** Does it keep the wine cold?

**Answer:** It's a glass so the same as any other glass
By Puaaina L McVay on April 26, 2017

▾ See more answers (1)

▲
0 votes
▼

**Question:** Is this made in the USA?

**Answer:** I don't know. The girls (founders) were on shark tank and the glass is great, but don't know if they out source overseas or not.
By Lisa Hashem on April 25, 2017

## Customer reviews

⭐⭐⭐⭐☆ 31
3.9 out of 5 stars ▾

| 5 star | | 68% |
|---|---|---|
| 4 star | | 0% |
| 3 star | | 3% |
| 2 star | | 10% |
| 1 star | | 19% |

See all 31 customer reviews ▸

Share your thoughts with other customers

[ Write a customer review ]

### Top customer reviews

⭐⭐☆☆☆ **The wine does spill, even after tightened the lid all I could**
By Amazon Customer on May 10, 2017
Color: Turquoise | ✓ Verified Purchase

Was looking forward on using this product but very disappointed when when I saw wine on the top of the lid. Even after making sure it was properly tightened. Would not recommend this product.

Comment | 3 people found this helpful. Was this review helpful to you? [ Yes ] [ No ] Report abuse

⭐⭐⭐⭐⭐ **Real wine drinkers hate wine in plastic glasses**
By Zillabreeze on May 4, 2017
Color: Turquoise | ✓ Verified Purchase

### Customer images




See all customer images

**Most recent customer reviews**

Page 2 of 4

EXHIBIT O

Cute. Saw it on Shark Tank. My mom likes wine on little picnics. Real wine drinkers hate wine in plastic glasses, so this was a good fit. Grown up "sippy cup". Yep. Mother's Day perfect.

**Comment**　One person found this helpful. Was this review helpful to you?　Yes　No　Report abuse

★★★★★ **Five Stars**
By Daniella B. on June 12, 2017
Color: Turquoise | Verified Purchase

just loved

**Comment**　Was this review helpful to you?　Yes　No　Report abuse

★★★★★ **Five Stars**
By Lisa StJohn on May 22, 2017
Color: Turquoise | Verified Purchase

gave to a friend, she loves it

**Comment**　Was this review helpful to you?　Yes　No　Report abuse

★★★★★ **WINE FUN!**
By holly on April 24, 2017
Color: Peach | Verified Purchase

I LOVE this wine glass. Easy to take anywhere and it never spills! Easy to clean also

**Comment**　6 people found this helpful. Was this review helpful to you?　Yes　No　Report abuse

★★★★★ **Mothers Day Gift**
By Olivia on May 14, 2017
Color: Turquoise | Verified Purchase

My mum loved this! She was really excited to show it off to her friends and have a new fancy glass for her wine drinking :)

**Comment**　Was this review helpful to you?　Yes　No　Report abuse

★☆☆☆☆ **It's pretty mediocre**
By Joseph Wilson on May 7, 2017
Color: Turquoise | Verified Purchase

If you take the glass and put it upside down it starts to get loose and the top will become unsecured and start spilling. Not impressed. Would not buy again. How can I trust this in a bag if when I put it upside down outside of a bag it starts to slip and become undone?

**Comment**　3 people found this helpful. Was this review helpful to you?　Yes　No　Report abuse

★★★★★ **Five Stars**
By Lola A Walsh on June 6, 2017
Color: Turquoise | Verified Purchase

Wonderful product for on the go.

**Comment**　Was this review helpful to you?　Yes　No　Report abuse

**See all 31 customer reviews (newest first) ›**

Write a customer review

★★★★★ **I dislike plastic cups**
I preordered two, one for my daughter and one for myself. After using it twice - I preordered two more! I'm outside all the time. I dislike plastic cups, especially for wine. Read more ›
Published 16 days ago by S. D. Hale

★☆☆☆☆ **High Price, Poor Quality, DO NOT BUY**
As with many others, my wife wanted moms to get this after I showed it to her on Shark Tank. She was extremely disappointed. Read more ›
Published 19 days ago by computer guy

★☆☆☆☆ **Disappointed in Goverre wine glass**
My daughter bought two Goverre glasses for my husband and I. We both drink white wine. We were so looking forward to taking these wine glasses to concert in the park. Read more ›
Published 23 days ago by John C. Irvin

★★★★★ **Five Stars**
Great item for all the right reason.
Published 1 month ago by Fletcher B. Groff

★☆☆☆☆ **... get this cup because we are boaters and I love the idea of having wine in a nice glass ...**
I was very excited to get this cup because we are boaters and I love the idea of having wine in a nice glass and not plastic cups. Read more ›
Published 1 month ago by Kim

★★☆☆☆ **I expected better. This review is not as I had thought ...**
I purchased this item directly from Goverre. When I ordered the product on May 2, the message displayed was that it would be shipped right away, with time to arrive as a Mothers... Read more ›
Published 1 month ago by Amazon Customer

★☆☆☆☆ **IT LEAKS**
Terrible. IT LEAKS. Hope that the bag you pack it in doesn't tip!
Published 2 months ago by Amazon Customer

★★★★★ **Love this glass!**
Just received my goverres . Love them. No nasty smell as reported in earlier reviews( mine are grey). Love the grip that the silicone holder provides and love the fact it is glass.
Published 2 months ago by Marilyn MacNeil

**Search customer reviews**

🔍 [                    ]　Search

**Get to Know Us**
Careers
About Amazon

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon

**Amazon Payment Products**
Amazon Rewards Visa Signature Cards
Amazon.com Store Card

**Let Us Help You**
Your Account
Your Orders

Page 3 of 4

EXHIBIT O

| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| --- | --- | --- | --- |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | Sell Your Subscription on Amazon | | |
| | › See all | | |

**amazon**

🌐 English ⇕        🇺🇸 United States

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **Amazon Music** Stream millions of songs | **Amazon Drive** Cloud storage from Amazon | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web | **Amazon Business** Everything For Your Business |
| **AmazonFresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Inspire** Free Digital Educational Resources | **Amazon Rapids** Fun stories for kids on the go | **Amazon Restaurants** Food delivery from local restaurants | **Amazon Video Direct** Video Distribution Made Easy |
| **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **AudiobookStand** Discount Audiobooks on Disc | **Book Depository** Books With Free Delivery Worldwide | **Box Office Mojo** Find Movie Box Office Data | **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy |
| **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Junglee.com** Shop Online in India |
| **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Prime Now** FREE 2-Hour Delivery on Everyday Items | **Prime Photos** Unlimited Photo Storage Free With Prime | **Shopbop** Designer Fashion Brands | **TenMarks.com** Math Activities for Kids & Schools | **Warehouse Deals** Open-Box Discounts | **Whispercast** Discover & Distribute Digital Content |
| **Withoutabox** Submit to Film Festivals | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Souq.com** Shop Online in the Middle East | **Subscribe with Amazon** Discover & try subscription services | | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2017, Amazon.com, Inc. or its affiliates

Page 4 of 4