EXHIBIT P

facebook

Email or Phone

Password

Log In

Forgot account?

Goverre: Modern to-go cups for wine

@goverregirls

**Home**

About

Photos

Events

Videos

Posts

Community

Create a Page

Like | Share | Suggest Edits | ···

Shop Now

Message

## Photos

See All

## Videos

Product/Service

**Community** See All

**Invite your friends** to like this Page

6,283 people like this

6,328 people follow this

**About** See All

Typically replies within a few hours

**Contact Goverre: Modern to-go cups for wine on Messenger**

www.goverre.com

Product/Service

**People**

**6,283** likes

**People Also Like**

**NBC 7 San Diego**
Broadcasting & Media Production Company

**Today Show**
TV Show

**TastyBev.co**
Food & Beverage Company

**Pages liked by this Page**

**Slate.com**

**Shark Tank**



EXHIBIT P



We die!! Best endorsement EVER!!! ☐☐☐● 'I don't …

👍 63    💬 10

How much fun is GOVERRE…    Sneak Peek! Watch San Die…

👍 5    👍 13    💬 2

See All

**Andrea Robinson, MS**

English (US) · Italiano · Română · Español · Português (Brasil)

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2017

## Posts

**Goverre: Modern to-go cups for wine**
July 4 at 12:01pm · 🌐

"In a plastic cup, a $26 bottle of wine tasted like Welch's grape juice."

We couldn't agree more! You don't have to be a wine snob to know there is a better option when enjoying your wine outside. Ditch the plastic cup and say hello to GOVERRE - a GLASS, portable wine glass with a silicone sleeve and a drink-through lid!

Pre-order your glasses now, and hurry they are selling quick!

GOVERRE.com... See More

### Wine and Plastic Cups: Not a Perfect Pairing
Sometimes, you just have to. Between the breakage issues and the cleanup issues, we can all be forgiven for occasionally serving Chardonnay in...
DRINKS.SERIOUSEATS.COM

👍 Like    💬 Comment    ➤ Share

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

EXHIBIT P



e's got to be a better way

ents!

r-Hanly and 5 others like this.

ne

recipe for you to fill your
dmxoA TastyBev.co

| Tast

ave from h
thor.

d Lori Mus

ne

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

EXHIBIT P



See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

EXHIBIT P



est and 15     Top Comments ▾

y trips! Headed to Rosemary
e Cowgirl Feed & Seed??

Pickle delivery trip! That sounds
bsite goverre.com you can look
... so maybe there will be one in
some for next time!

ble Wine Glasses
e wine glass tumbler with
drink-through lid. Bring...

Yes. They do make summers

ne

e to success! And now he is
7

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

t $60 i

EXHIBIT P



for it," says Cuban.

...ldon and 3 others like this.

...ne

...here you can legally take your
...c beverage and enjoy it

...On The Streets
...initely Can't.)

...nna R. Finney    Top Comments ▾

...etown...Sonoma!

...that is a great hometown!

...ne

...glass - and we've created the
...about those plastic cups!

thin lip

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

Log In

or

Sign Up

Wine ...olly

Page 6 of 14

EXHIBIT P



uch sticklers about wine glasses.

DiCiurcio Keenan like this.

ne

has a drink-through lid to help
outdoors!

5 others like this.

ne

u don't have to be a snob to
re out of the question!

an drink wine, from glass, out
nd so you don't have to suffer

ipments! GOVERRE.com...

ter

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

EXHIBIT P



ngela Strunk Houck like this.

ne

wine glass with a drink-through
rs! 🍷

hers like this.          Top Comments ▾

It's an oldie but a goodie 🙂

ne

0dmd9H

and 3 oth

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

Page 8 of 14

EXHIBIT P



e often guilty of the wrong hold
untry Living Magazine

n Holding Your Wine

like this.

ne

lasses briefly explained!

e Between Red and
lasses - Wine

d White wine glasses differ in
en by the types of wine they are...
OM

.

ne

weekend?! GOVERRE got
the grave this year! 🍷

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

Goverre: Modern to-go cups for wine - Home | Facebook    https://www.facebook.com/goverregirls/?ref=page_internal

Case 8:17-cv-01237-JLS-E  Document 1-2  Filed 07/19/17  Page 10 of 62  Page ID #:69

EXHIBIT P



See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

Log In

or

Sign Up

EXHIBIT P



uck like this.          Top Comments ▼

nd counting down the days till we

You know Brian, it's definitely
are constantly progressing and
is will definitely be considered

ne

kes your red wine cold?! Here
erved cold!
wines-20170628... Los Angeles

ertime drinking

r.

unk Houck and 3 others like this.

ne

wine virtually anywhere. Even
!

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

EXHIBIT P



la Calla and 11 others like this.

ne

t complete without a tasty
- here's a recipe!
berry-ice-…/ TastyBev.co

y Ice Cubes Recipe |

Fourth of July party, this Patriotic
w your...

ev.co and

ne

http://elite

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

Page 12 of 14

EXHIBIT P

ne

k Tank not to fret. We will be
endars!

ala and 12 others Top Comments

cement lids? Mine tragically fell
s incinerated during heated dry!

oh no!!!! that's awful!! hmmm...
RRE just sells the lids, but how
info@GOVERRE.com with your
appen!!

ne

u who are traveling this
-to-order-wine-abroad Condé

d
o be intimidating.

ne

s summer?

sro like th

r site and

We sold
able for or

vender! I

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

Log In

or

Sign Up



EXHIBIT P



tc. 😋🥂

haha I love that logic!

See more of Goverre: Modern to-go cups for wine by logging into Facebook

Message this Page, learn about upcoming events and more.

**Log In**

or

**Sign Up**

EXHIBIT Q

🧭 Explore          Start a project          **KICKSTARTER**          🔍          Log in          Sign up

**Share this project**

**Done**

🅕 Share     🐦 Tweet     ⓣ Share     📌 Pin     ‹ › Embed

**Share this project**

**Done**

🐦 **Tweet**

🅕 **Share**

🅟 **Pin**

✉ **Email**

Page 1 of 8



EX

◎ Design    📍 San Diego, CA



By Regan
and
Shannon
2 created

# GOVERRE - a chic, spill-proof, portable, stemless wine glass

Finally, you can take your favorite wine with you! Introducing the first glass, portable wine glass! Pour. Seal. Pack. Enjoy.

**$41,542**
pledged of $100,000 goal

**491**
backers

**0**
seconds to go

### Funding Unsuccessful

This project's funding goal was not reached on February 15.

EXHIBIT Q

Rewards          Campaign          FAQ          Updates [8]          Comments [20]          Community

## About this project

## Support this project

**We will be relaunching our Kickstarter campaign, which you can find by clicking here: http://bit.ly/kickstarterGOVERRE**

**Hi! Thanks so much for checking out GOVERRE! We have spent the last year developing the first portable and spill-proof wine glass. Now, we need your help to get them produced and into everyone's hands!**



## Problem: Why the world needs GOVERRE

- A portable, *glass,* wine glass with a lid does not exist.

- Conventional wine glasses can easily spill or break unless in a very controlled setting.

### Pledge $5 or more

WE RAISE OUR GLASS: Join the GOVERRE girls and receive special GOVERRE updates and a shout out on our webpage. Every dollar helps. Thank you!!

ESTIMATED DELIVERY
Feb 2014

3 backers

### Pledge $28 or more

CHEERS!: Pre-order a set of 2 GOVERREs for 30% off the $40 retail price. (Choose your colors at survey time)

Includes shipping in the USA

ESTIMATED DELIVERY
May 2014

SHIPS TO
Anywhere in the world

**Reward no longer available**
200 backers

Page 3 of 8

EXHIBIT Q

- Ready to Drink (RTD) options are extremely limited in selection and quality.

- Plastic, travel wine glasses can make your wine taste like plastic.

## Solution: GOVERRE

- A *glass*, stemless wine glass with a silicone sleeve and a lid.

- Pour your favorite wine into your GOVERRE. Seal the lid. Pack in your bag.  Enjoy anywhere.

## What is GOVERRE?

There are three components that make GOVERRE unique...





1. **Glass**

- Glass preserves the taste and integrity of your wine.

- GOVERRE is thicker than a typical wine glass making it durable.

- GOVERRE's white glass is unique, chic, and intensifies the color of the wine you are drinking.

- Glass is easily recyclable and made from abundant natural ingredients. It is BPA/BPS-free, delivers the best taste, and

### Pledge $32 or more

SALUD!: Pre-order a set of 2 GOVERREs for 20% off the $40 retail price.
(Choose your colors at survey time)

Includes shipping in the USA

ESTIMATED DELIVERY
May 2014

SHIPS TO
Anywhere in the world

Limited
171 backers

### Pledge $36 or more

CHIN CHIN!: Pre-order a set of 2 GOVERREs for 10% off the $40 retail price.
(Choose your colors at survey time)

Includes shipping in the USA

ESTIMATED DELIVERY
May 2014

SHIPS TO
Anywhere in the world

13 backers

### Pledge $75 or more

THE MORE THE MERRIER: Pre-order a set of 4 GOVERREs (4 glasses total) for 10% off the $80 retail price.

Page 4 of 8

cleans easily in the dishwasher.

2. **Silicone Sleeve**

- The houndstooth-patterned and BPA/BPS-free silicone sleeve gives GOVERRE added durability, prevents heat transfer, and provides a no-slip grip.

3. **Lid**

- GOVERRE can be enjoyed without its lid, but when the elements are conspiring against you, GOVERRE can be used with its unique and innovative spill-proof lid.

- Our lid is made of BPA/BPS-free and phthalate-free polypropylene (PP#5) – safe for everyday food and beverage contact.

GOVERRE is perfect for: backyard BBQ's, boating, walks around the neighborhood, outdoor movies, street festivals, hikes, taking your dog for a walk, camping, the movies, art festivals, Broadway, parades, picnics, the salon, polo fields, the pool, film festivals.

## Join us!



January 2013
GOVERRE idea hatched – "We should..."


March 2013
Mock up made – "This might..."


August 2013
Working Prototype made – "Almost there..."

February 2014
Begin Manufacturing

We have created a revolutionary travel wine glass! Our prototype is beyond fantastic. However, GOVERRE cannot succeed without YOU! We need your help to raise $100,000.



$100,000

FIRST PRODUCTION RUN

PACKAGING DEVELOPMENT & SHIPPING    $26,600    $24,900

$15,000

---

(Choose your colors at survey time)

Includes shipping in the USA

ESTIMATED DELIVERY
May 2014

SHIPS TO
Anywhere in the world

80 backers

## Pledge $300 or more

TOES IN THE SAND: A romantic, sunset beach picnic for 2 in beautiful Encinitas, CA. Enjoy Encinitas' best farm to picnic basket cuisine. Also included are 4 of your favorite GOVERREs. Relax and enjoy the gorgeous sunset while the GOVERRE Girls take care of all the work!
(Choose your colors at survey time)

ESTIMATED DELIVERY
May 2014

**Reward no longer available**
8 backers

## Pledge $1,000 or more

SOARING OVER SAN DIEGO: You and your favorite person will enjoy

EXHIBIT Q

Page 5 of 8



EXHIBIT Q

Our working prototype is fantastic; however, slight adjustments will need to be made in order to ensure a precise fit among all 3 components. To do this, our engineer must complete a final manufacturing package ($15,000) to fine-tune and make sure that GOVERRE is perfect.

Our manufacturing partners are ready to go! They require a total cost of $33,500 to make the molding/tooling for the:

1. Four component lid

2. Silicone Sleeve

3. Glass

Please select one of the the various backer levels to the right and help us get GOVERRE to market! We are so grateful for your support and help in creating the GOVERRE buzz.

Cheers!

xoxo, The GOVERRE Girls

## Risks and challenges

Meeting demand is an anticipated risk that we face. To mitigate this risk we have chosen suppliers that guarantee they can meet our projected demand in a timely manner. Production delays are a possibility when manufacturing a product with 3 separate components. To offset this risk we actively manage our supply chain. We have worked very hard to address and minimize foreseen and unforeseen risks . We are confident that this project will be successful!

**Learn about accountability on Kickstarter**

the magnificent San Diego skyline and sunset aboard a hot air balloon. Don't forget your 4 favorite GOVERREs for a toast in the sky.
(Choose your colors at survey time)

ESTIMATED DELIVERY
May 2014

Limited
2 backers

### Pledge $5,000 or more

VIP VINEYARD TOUR: You and a lucky guest will spend an unforgettable day with the GOVERRE girls touring the award winning Fallbrook and top-rated Temecula wineries. Later that evening, we will dine at one of San Diego's finest restaurants. 4 of your favorite GOVERREs are of course included!
US Travel included. One night at a top San Deigo Hotel included. (Choose your colors at survey time)

ESTIMATED DELIVERY
May 2014

Limited
2 backers

Page 6 of 8

Questions about this project? **Check out the FAQ**

EXHIBIT Q

Report this project to Kickstarter

## Pledge $10,000

THE INNER CIRCLE: Join the GOVERRE girls in bringing GOVERRE to life. If you want to be apart of something larger ( creative input, personalized designs, etc …) this is the reward for you!

ESTIMATED DELIVERY
May 2014

Limited
0 backers

## Funding period

Jan 16 2014 - Feb 15 2014 (30 days)

| About us | Help | Discover | | Hello |
|---|---|---|---|---|
| What is Kickstarter? | FAQ | Art | Games | Happening |
| Who we are | Our Rules | Comics | Journalism | Company |
| Impact | Creator Handbook | Crafts | Music | Blog |
| Jobs | Campus | Dance | Photography | Engineering |
| Press | Experts | Design | Publishing | Blog |
| Stats | Trust & Safety | Fashion | Technology | The Creative |
| Newsletters | Support | Film & Video | Theater | Independent |
| Spotlight | Terms of Use | Food | | |
| Drip | Privacy Policy | | | |
| Kickstarter Live | Cookie Policy | | | |
| The Year In | | | | |
| Kickstarter: 2016 | | | | |

Page 7 of 8

EXHIBIT Q

English

© 2017

EXHIBIT R

Explore        Start a project        **KICKSTARTER**        Log in        Sign up

**Share this project**

**Done**

 Share     Tweet     Share     Pin     ‹ › Embed

**Share this project**

**Done**

 **Tweet**

 **Share**

 **Pin**

 **Email**

# GOVERRE - a GLASS, portable wine glass



GOVERRE - a GLASS, portable wine glass by Regan and Shannon — K...      https://www.kickstarter.com/projects/1747683510/goverre-a-glass-portab...

EXHIBIT R



What is chic, discreet, spill-proof and GLASS? GOVERRE! Drinking wine while outdoors never tasted better. It's about time!

Created by

Regan and Shannon

Page 2 of 9

702 backers
pledged
$63,457 to
help bring
this project
to life.

EXHIBIT R

Rewards        **Campaign**        FAQ        Updates [21]        Comments [82]        Community

## About this project

## Support this project



📍 San Diego, CA        ✏️ Design

**$63,457**

pledged of $45,000 goal

**702**

backers

Missed our campaign? Visit us at www.goverre.com to pre-order your GOVERRE.

## Hi!! We are Regan and Shannon and we want to let you in on our little secret...

### Pledge $5 or more

WE RAISE OUR GLASS: Join the GOVERRE girls and receive special GOVERRE updates and a shout out on our webpage. Every dollar helps. Thank you!!

ESTIMATED DELIVERY
Oct 2014

6 backers

### Pledge $28 or more

CHEERS to the pre-party: Pre-order a set of 2 GOVERREs for 30% off the $40 retail price. (Choose your colors at survey time)

Page 3 of 9

EXHIBIT R

You no longer have to drink your wine out of water bottles, coffee mugs, or red plastic cups while enjoying a glass of wine outdoors!

Introducing GOVERRE... a GLASS, stemless wine glass with a silicone sleeve and a lid.

**GOVERRE** is perfect for: backyard BBQs, boating, walks around the neighborhood, outdoor movies, street festivals, hikes, the beach, taking your dog for a walk, camping, art festivals, Broadway, parades, picnics, polo fields, the pool, film festivals...

| ESTIMATED DELIVERY | SHIPS TO |
|---|---|
| Oct 2014 | Anywhere in the world |

Limited
199 backers



*Pool side*



### Pledge $32 or more

SALUD: Pre-order a set of 2 GOVERREs for 20% off the $40 retail price. (Choose your colors at survey time)

| ESTIMATED DELIVERY | SHIPS TO |
|---|---|
| Oct 2014 | Anywhere in the world |

**Reward no longer available**
7 backers

### Pledge $32 or more

SALUD DEUX : Pre-order a set of 2 GOVERREs for 20% off the $40 retail price. (Choose your colors at survey time)

| ESTIMATED DELIVERY | SHIPS TO |
|---|---|
| Oct 2014 | Anywhere in the world |

146 backers

### Pledge $52 or more

CHIN CHIN to the early bird: Pre-order a set of 4 GOVERREs (4 glasses

Page 4 of 9

EXHIBIT R

*Camping*



*Boating*



*Picnics*

We couldn't find ANYTHING to drink our wine out of at outdoor venues that was glass, wouldn't spill and, of course, looked chic.



total) for 35% off the $80
retail price. (Choose your
colors at survey time)

ESTIMATED          SHIPS TO
DELIVERY           Anywhere in
Oct 2014           the world

Limited
99 backers

---

### Pledge $60 or more

THE MORE THE
MERRIER: Pre-order a
set of 4 GOVERREs (4
glasses total) for 25% off
the $80 retail price.
(Choose your colors at
survey time)

ESTIMATED          SHIPS TO
DELIVERY           Anywhere in
Oct 2014           the world

**Reward no longer
available**
53 backers

---

### Pledge $60 or more

THE MORE THE
MERRIER DEUX:
Pre-order a set of 4
GOVERREs (4 glasses
total) for 25% off the $80
retail price. (Choose your
colors at survey time)

ESTIMATED          SHIPS TO
DELIVERY           Anywhere in
Oct 2014           the world

Page 5 of 9



127 backers          EXHIBIT R

**Pledge $90 or more**

TO OUR BACKERS:
Pre-order a set of 6
GOVERREs (6 glasses
total) for 25% off the $120
retail price. (Choose your
colors at survey time)

ESTIMATED          SHIPS TO
DELIVERY           Anywhere in
Oct 2014           the world

44 backers

So we got to work and created something... GOVERRE!



*Pour your favorite wine into your GOVERRE. Seal the lid. Pack in your bag. Enjoy anywhere.*

## 3 Things to LOVE about GOVERRE:

### 1. Glass

- GOVERRE holds 17oz of your favorite beverage… ours happens to be wine.
- GOVERRE is thicker than a typical wine glass making it durable.
- GOVERRE's white glass is unique, chic and discreet.
- Glass preserves the taste and integrity of your wine.

### 2. Silicone Sleeve

- The houndstooth-patterned silicone sleeve gives GOVERRE added durability, prevents heat transfer and provides a no-slip grip.

### 3. Lid
- GOVERRE can be enjoyed without its lid OR can be used with its drink-through, spill-proof lid.

Page 6 of 9

GOVERRE is of course BPA/BPS and phthalate-free and is totally dishwasher safe.

## **Join us!**



We have created a revolutionary portable wine glass! Our prototype is beyond fantastic. However, GOVERRE cannot succeed without YOU! We need your help to raise $45,000. See the detailed graph below.



| Phase | Duration | Cost | Est. Comp. Date |
|---|---|---|---|
| Kickstarter Campaign | 7 Weeks | $   - | 4/30/2014 |
| Final Engineering | 8 Weeks | $  8,000 | 6/25/2014 |
| Molding Development | 8 Weeks | $ 16,000 | 8/20/2014 |
| Production | 8 Weeks | $ 21,000 | 9/17/2014 |
| Import/Shipping | 4 Weeks | $   - | 10/15/2014 |
|  |  | $ 45,000 |  |

Our engineer must complete a final manufacturing package

EXHIBIT R

### Pledge $300 or more

TOES IN THE SAND: A romantic, sunset beach picnic for 2 in beautiful Encinitas, CA. Enjoy Encinitas' best farm to picnic basket cuisine. Relax and enjoy the gorgeous sunset while the GOVERRE Girls take care of all the work! 4 of your favorite GOVERREs are of course included. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

**Reward no longer available**
8 backers

### Pledge $1,000 or more

SOARING OVER SAN DIEGO: You and your favorite person will enjoy the magnificent San Diego skyline and sunset aboard a hot air balloon. 4 of your favorite GOVERREs are of course included. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

Page 7 of 9

($8,000) to fine-tune our prototype to ensure a precise fit among the lid, glass and sleeve.

Our manufacturing partners are ready to go! They require a total cost of $16,000 to make the molding/tooling.

Please select one of the the various backer levels above and help us get GOVERRE to market! We are so grateful for your support and help in creating the GOVERRE buzz.

Cheers!

xoxo,

The GOVERRE Girls

Missed our campaign? Visit us at www.goverre.com to pre-order your GOVERRE. Missed our campaign? Visit us at www.goverre.com to pre-order your GOVERR

# Risks and challenges

We have significantly reduced our original funding goal. Slight reductions were made to our engineering and manufacturing costs by renegotiating with our engineering and manufacturing partners. In addition to the cost savings found, we had some tough discussions and decided to tap into our savings and our "just in case" bank accounts.

Meeting demand is an anticipated risk that we face. To mitigate this risk we have chosen suppliers that guarantee they can meet our projected demand in a timely manner.

Production delays are a possibility when manufacturing a product with 3 separate components. To offset this risk, we actively manage our supply chain. We have worked very hard to address and minimize foreseen and unforeseen risks

We are confident that this project will be successful!

**Learn about accountability on Kickstarter**

EXHIBIT R

Limited
0 backers

## Pledge $5,000 or more

VIP VINEYARD TOUR: You and a lucky guest will spend an unforgettable day with the GOVERRE girls touring the award winning Fallbrook and top-rated Temecula wineries. One night at a top San Diego Hotel included. Later that evening, we will dine at one of San Diego's finest restaurants. 4 of your favorite GOVERREs are of course included. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

Limited
0 backers

## Pledge $10,000

ONE OF A KIND: Join the GOVERRE girls in designing a custom limited edition GOVERRE made just for you or your next corporate event! Imagine the possibilities.

ESTIMATED DELIVERY

Page 8 of 9

Questions about this project? **Check out the FAQ**

Oct 2014                                          EXHIBIT R

Limited
1 backer

Report this project to Kickstarter

# Funding period

Mar 31 2014 - May 15 2014 (45 days)

| About us | Help | Discover | | Hello |
|---|---|---|---|---|
| What is Kickstarter? | FAQ | Art | Games | Happening |
| Who we are | Our Rules | Comics | Journalism | Company |
| Impact | Creator Handbook | Crafts | Music | Blog |
| Jobs | Campus | Dance | Photography | Engineering |
| Press | Experts | Design | Publishing | Blog |
| Stats | Trust & Safety | Fashion | Technology | The |
| Newsletters | Support | Film & Video | Theater | Creative |
| Spotlight | Terms of Use | Food | | Independent |
| Drip | Privacy Policy | | | |
| Kickstarter Live | Cookie Policy | | | |
| The Year In | | | | |
| Kickstarter: 2016 | | | | |

English

© 2017

Page 9 of 9

EXHIBIT S

# United States of America

### United States Patent and Trademark Office

# GOVERRE

**Reg. No. 4,765,018**
    GOVERRE (CALIFORNIA LIMITED LIABILITY COMPANY)
    2542 CORBEL WAY
**Registered June 30, 2015**  SAN MARCOS, CA 92078

**Int. Cl.: 21**
    FOR: WINE GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

    FIRST USE 6-22-2013; IN COMMERCE 1-16-2014.

**TRADEMARK**

**PRINCIPAL REGISTER**
    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    SN 85-956,224, FILED 6-11-2013.

    MAUREEN DALL, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Page 1 of 2

EXHIBIT S

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

EXHIBIT T

# United States of America

### United States Patent and Trademark Office

# ANY WINE. ANY TIME.

**Reg. No. 4,818,372**

**Registered Sep. 22, 2015**

GOVERRE (CALIFORNIA LIMITED LIABILITY COMPANY)
2542 CORBEL WAY
SAN MARCOS, CA 92078

**Int. Cl.: 21**

FOR: WINE GLASSES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 1-1-2013; IN COMMERCE 4-1-2015.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-956,249, FILED 6-11-2013.

MAUREEN DALL, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

Page 1 of 2

EXHIBIT T

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.   *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

EXHIBIT U





EXHIBIT V



govino Wine Glass

GoVerre Wine Glass

Page 1 of 1

# Lowry Blixseth LLP

EXHIBIT W

Business | Intellectual Property | Litigation

23632 Calabasas Rd., Ste. 201
Calabasas, California 91302
Phone: 818.584.6460
Fax: 818.574.6026
Email: Info@LawLB.com
Web: www.LawLB.com

May 2, 2017

Shannon Zappala, Managing Member
GoVerre LLC
2542 Corbel Way
San Marcos, CA 92078

<div style="margin-left:2em">

Re:     govino, LLC Intellectual Property
        U.S. Trademark Reg. Nos. 3,586,708 and 4,063,605 for GOVINO
        U.S. Trademark Reg. No. 4,712,133 for GO ANYWHERE
        <u>Docket: GOVINO-55361</u>

</div>

Dear Ms. Zappala:

This firm represents govino, LLC of Newport Beach, California ("govino") in connection with its intellectual property matters.  As you are probably already well aware, govino has become a leading provider of original and distinctive wine-related products that include, *inter alia*, its GoVino® Go Anywhere® shatterproof, reusable, recyclable™ stemless wine glasses, flutes, cocktail glasses, beer glasses, and decanters (collectively "govino Products").

govino has expended considerable time, effort, and money procuring goodwill in its "go" family of trademarks, which include ownership of U.S. Trademark Reg. No. 3,586,708 for GOVINO, which registered March 10, 2009 in connection with "drinking vessels" (Exhibit A); U.S. Trademark Reg. No. 4,063,605 for GOVINO, which issued November 29, 2011 in connection with "wine, wine sold in a flexible pouch, wine sold in a flexible pouch with a disposable wine glass, and wine sold in a single serving size" (Exhibit B); and U.S. Trademark Reg. No. 4,712,133 for GO ANYWHERE, which registered March 31, 2015 in connection with "decanters; drinking vessels" (Exhibit C).

It has recently come to our attention that your company is marketing and selling wine glasses under the mark GoVerre and using the tagline "any wine. any time." in connection therewith. *See* Exhibits D-F.  A comparison of each respective mark is shown below:



It is inevitable that such a similar mark will cause consumer confusion with govino's "go" family of trademarks as identified above, especially given that your company uses the GoVerre mark in association with products nearly identical to the govino Products.

EXHIBIT W

Moreover, the GoVerre stemless wine glasses also include an oval formation in the silicon sleeve that appears to mimic the distinctive product configuration of the notched indent of the govino Products, as shown, *e.g.*, in the comparison below, and which further has the potential to confuse consumers into believing that the GoVerre products are endorsed, sponsored or otherwise manufactured by govino.



GoVerre Wine Glass



govino Wine Glass

While it is govino's policy to vigorously enforce its intellectual property rights, at this stage we are willing to assume that your selection of the GoVerre mark and oval formation in the silicon sleeve was innocent or inadvertent. Before considering other alternatives, govino will provide your company the opportunity to voluntarily discontinue further commercial usage of the same and voluntarily surrender your U.S. Trademark Reg. No. 4,765,018 over the course of the next 60-90 days. To the extent your company has any remaining inventory bearing the GoVerre trade name or oval formation in the silicon sleeve; my client is also amenable to considering a reasonable plan for exhaustion of the product supply.

To ensure compliance, we request that you provide written assurances within (15) days of this letter that you will immediately take the steps identified above to discontinue your use of GoVerre and the oval formation in the silicon sleeve in connection with drinking glasses now and in the future.

My client offers this accommodation as a courtesy in anticipation that this matter can be resolved quickly and amicably. We look forward to your response.

Yours Very Truly,

Scott M. Lowry
Lowry Blixseth LLP

SML:nca
Enclosures: Exhibits A-F

cc: govino, LLC

**EXHIBIT A**

EXHIBIT W

Int. Cl.: 21

Prior U.S. Cls.: 2, 13, 23, 29, 30, 33, 40 and 50

Reg. No. 3,586,708

**United States Patent and Trademark Office** Registered Mar. 10, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# GOVINO

BY THE GLASS, LLC (NEVADA LIMITED LIA-
BILITY COMPANY)
9120 ORIOLE WAY
LOS ANGELES, CA 90069

FOR: DRINKING VESSELS, IN CLASS 21 (U.S.
CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 2-21-2008; IN COMMERCE 2-21-2008.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-537,004, FILED 8-1-2008.

SUSAN STIGLITZ, EXAMINING ATTORNEY

EXHIBIT B

EXHIBIT W

# United States of America

## United States Patent and Trademark Office

# goVino

**Reg. No. 4,063,605**

**Registered Nov. 29, 2011**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

BY THE GLASS, LLC (NEVADA LIMITED LIABILITY COMPANY)
LOFT C103
615 HAMPTON DRIVE
VENICE, CA 90291

FOR: WINE, WINE SOLD IN A FLEXIBLE POUCH, WINE SOLD IN A FLEXIBLE POUCH
WITH A DISPOSABLE WINE GLASS, AND WINE SOLD IN A SINGLE SERVING SIZE, IN
CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 8-23-2011; IN COMMERCE 8-23-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

THE ENGLISH TRANSLATION OF THE PORTION OF THE MARK "VINO" IS "WINE".

SN 77-338,521, FILED 11-28-2007.

ROBERT STRUCK, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

**EXHIBIT C**

# United States of America

## United States Patent and Trademark Office

# GO ANYWHERE

**Reg. No. 4,712,133**
**Registered Mar. 31, 2015**

GOVINO, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1234 ADAMS STREET
ST. HELENA, CA 94574

**Int. Cl.: 21**

FOR: DECANTERS; DRINKING VESSELS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

**TRADEMARK**

FIRST USE 12-0-2007; IN COMMERCE 12-0-2007.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-366,139, FILED 8-13-2014.

LAURA GOLDEN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

**EXHIBIT D**

EXHIBIT W



EXHIBIT E

EXHIBIT W

Try Prime | Home & Kitchen

Departments | Your Amazon.com | Today's Deals | EN | Hello. Sign in **Account & Lists** | **Orders** | **Try Prime** | 0 **Cart**

**Kitchen & Dining** | Best Sellers | Wedding Registry | Small Appliances | Kitchen ... | ...are | Cutlery | Dining & Entertaining

Sign in

New customer? Start here.

‹ Back to GOVERRE store

Roll over image to zoom in

GOVERRE

# GOVERRE : a GLASS, portable, stemless wine glass with a silicone sleeve and a drink-through lid. (Turquoise)

15 customer reviews

| 4 answered questions

Price: $24.00 + $4.99 shipping

In stock.

**Get it as soon as May 4 - 9** when you choose **Standard Shipping** at checkout.

Ships from and sold by GOVERRE.

Color: **Turquoise**

- Holds 17oz
- Dishwasher safe
- GOVERRE glass is almost 2x thicker than a typical wineglass making it extremely durable
- Can be enjoyed with or without its patent pending drink-through lid
- Hounds tooth patterned silicone sleeve give GOVERRE added durability, prevents heat transfer and provides a no-slip grip

Compare with similar items

**New** (1) from $24.00 + $4.99 shipping

Share

Qty: 1

$24.00 + $4.99 shipping

In stock. Sold by **GOVERRE**

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**

shermanoaks, ca 91403

Add to List

Add to Wedding Registry

Have one to sell? Sell on Amazon

## Customers who viewed this item also viewed

Page 1 of 11

Lifefactory 11-Ounce BPA-Free Indoor/Outdoor Wine Glass with Protective Silicone Sleeve,...
68
$39.99

Avex Claret Insulated Wine Glass, 13oz - Coral & White (2 Pack)
11

Lifefactory 11-Ounce BPA-Free Indoor/Outdoor Wine Glass with Protective Silicone Sleeve, Revelry...
68
$39.99

Lifefactory 11-Ounce BPA-Free Indoor/Outdoor Wine Glass with Protective Silicone Sleeve, Orange,...
39
$19.99

AVEX Claret Wine Glass
57
$14.31 - $35.99

## Sponsored products related to this item (What's this?)

Page 7 of 21



**EXHIBIT E**

EXHIBIT W







Silware Products Silicone Wine Glasses With Foldable Wine Bottles - Includes Six Silicone
11
$29.99

Bella Vino Short Stem Lead-Free White Wine Crystal Glass, 2-Pack
80
$18.95

Funny Wine Glasses for Women I'm Not Drunk I'm Talking in Cursive Funny Wine Glass for
$24.99

17 oz Stemless Wine Glass (Bride Tribe)
$14.95

Gold Pineapple Wine Glass - 20 oz Stemless Wine Glass with Metallic Gold Printed Pineapple
$13.95

St Dr Br
$1

Ad feedback

## Customers also shopped for







Hiware Glass Pitcher with Stainless Steel Lid and Spout 64 Oz Water Carafe with Handle, Good...
246
#1 Best Seller in Irish Coffee Glasses
$22.99

Hiware Borosilicate Glass Water Carafe Pitcher with Stainless Steel Infuser Lid, 50 oz.
255
$21.99

Zenware Non Slip Silicone Drink Coaster Set – Set of 4
3
$5.99

2-Pack Lifefactory 16-Ounce Flip Cap Beverage Bottles (Midnight and Grass)
13
$30.50

Bubba Envy 48 oz Triangle Purple
3



Marusya Inc's No-Slip Easy Grip Cup. 12oz. Assorted Colors. Set of 4.
65
$19.95

## Special offers and product promotions

Color: **Turquoise**

- **Your cost could be $0.00 instead of $24.00**! Get a **$50 Amazon.com Gift Card** instantly upon approval for the **Amazon Rewards Visa Card**. Apply now

## Compare to similar items






**This item** GOVERRE : a GLASS, portable, stemless wine glass with a silicone sleeve and a drink-through lid. (Turquoise)

Lifefactory 11-Ounce BPA-Free Indoor/Outdoor Wine Glass with Protective Silicone Sleeve, Multicolor, Set of 4

Lifefactory 17-Ounce BPA-Free Indoor/Outdoor Wine Glass with Protective Silicone Sleeve, Multi-Colored, Set of 4

Lifefactory 11-Ounce BPA-Free Indoor/Outdoor Wine Glass with Protective Silicone Sleeve, Orange, Set of 2

Page 8 of 21

**EXHIBIT E**

EXHIBIT W

| | Add to Cart | Add to Cart | Add to Cart | Add to Cart |
|---|---|---|---|---|
| Customer Rating | (15) | (68) | (53) | (39) |
| Price | $24 00 | $39 99 | $34 48 | $19 99 |
| Shipping | $4.99 | FREE Shipping | FREE Shipping | FREE Shipping |
| Sold By | GOVERRE | Amazon.com | Amazon.com | Amazon.com |
| Material Type | Glass | Glass | Glass | Glass |

## Product description

Color: **Turquoise**

GOVERRE is a GLASS, portable, stemless wine glass with a silicone sleeve and a drink-through lid.

## Product information

Color: **Turquoise**

| | | Warranty & Support |
|---|---|---|
| Shipping Weight | 1 pounds (View shipping rates and policies) | |
| Manufacturer | GOVERRE | **Product Warranty:** For warranty information about this product, please click here |
| ASIN | B017KWTUEW | **Feedback** |
| Customer Reviews | 15 customer reviews 4.1 out of 5 stars | If you are a seller for this product, would you like to suggest updates through seller support? Would you like to tell us about a lower price? |
| Best Sellers Rank | #772 in Kitchen & Dining (See Top 100 in Kitchen & Dining) #4 in Kitchen & Dining > Bar Tools & Glasses > Bar, Cocktail & Wine Glasses > Wine Glasses #17 in Kitchen & Dining > Wine Accessories #34 in Kitchen & Dining > Glassware & Drinkware | |
| Date first available at Amazon.com | November 4, 2015 | |

### Related Video Shorts


1:10
How To Select the Right Wine Glass

### Sponsored products related to this item (What's this?)

Page 9 of 21

# EXHIBIT E

## EXHIBIT W

  

B by Brandie RWGL1400
Olivia Red Wine Glass, 12
oz
$60.00

New iPad 2017 iPad 9.7
Inch Case, DTTO Ultra
Slim Lightweight Smart
Case Trifold Cover Stand
5
$15.99

Casa Bellante (Set of 4)
Double-wall Stemless
Wine Glass - 10 oz.
Borosilicate Glass
77
$29.95

Mignon Faget HIVE
Stemless Wine Glasses,
Set of 4
1
$55.00

Bella Vino Short Stem
Lead-Free White Wine
Crystal Glass, 2-Pack
80
$18.95

Be
in
Ar
Er
$1

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

15
4.1 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 80% |
| 4 star | | 0% |
| 3 star | | 7% |
| 2 star | | 7% |
| 1 star | | 6% |

Share your thoughts with other customers

Write a customer review

See all verified purchase reviews

### Top Customer Reviews

**WINE FUN!**
By holly on April 24, 2017
Color: Blue    Verified Purchase

I LOVE this wine glass. Easy to take anywhere and it never spills! Easy to clean also

Comment    Was this review helpful to you?  Yes  No  Report abuse

**Smelly**
By Sandra J Norman on May 22, 2016
Color: Turquoise    Verified Purchase

I was impressed by the fast delivery. The product itself looks like it will be fine, however, there is a very strong smell from the outside cover. I wash by hand then by dishwasher and the smell is still there.

1 comment    16 people found this helpful. Was this review helpful to you?  Yes  No  Report abuse

### Customer Images



See all customer images

### Most Recent Customer Reviews

**Love mine (and no bad smell)!**
I received one of these for Christmas as a gift. Love the looks and feel of this. Can't wait for concerts on the prairie this summer! Read more

Page 10 of 21

**EXHIBIT E**

**EXHIBIT W**

### Great adult sippy cup!

By LC on January 27, 2017
Color: Turquoise    Verified Purchase

I got this as a Christmas gift for my mom, who loves her wine but is a tad clumsy and would often spill. I considered getting one of those plastic wine sippy cups, but I read in the reviews that a lot of people had problems with droplets of red wine (or water when they washed it) getting between the layers of plastic and there was no way to clean them out. Plus this one is way nicer - feels like a normal wine glass rather than a child's sippy cup. It is very well made, and I think the thick glass will hold up well, even for my clumsy mom! I really like the outer cover -- it gives it a pretty pop of color, and is rubbery so it helps prevent the glass from slipping out of your hand. And if you drink a cold beverage, would prevent your hand from getting cold and wet with condensation. My mom has had it for about a month now, and only drinks red wine and there are no issues with it staining the white glass or anything. I was worried when I read some people's reviews that the rubbery outside part had a weird smell, but I did not have that issue at all. It also arrived sooner than I was originally quoted, so that was a plus! Overall, very happy with my purchase!

1 comment    22 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### Love the style

By Amazon Customer on June 13, 2016
Color: Turquoise    Verified Purchase

I bought this glass for taking my wine to the concert in the park and it works great. No one knows what's in my glass n it is very stylish.

Comment    10 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### Five Stars

By Shopper on February 1, 2017
Color: Pink    Verified Purchase

Love this glass w/lid!

Comment    7 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### Five Stars

By kimberly bishop on May 21, 2016
Color: Turquoise    Verified Purchase

I love this glass!!! Planning on getting more to give as gifts

Comment    7 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### Oops

By L. Fassler on January 28, 2017
Color: Turquoise

I loved the idea of this and I'm sure it works great...I didn't actually get to use it though. I got it for Christmas and I took it with me to NYE party. It was in my purse and I set it down on a bench, the glass fell out and fell about 18 inches and shattered. I know it's glass but I would have thought it would be a little sturdier with the thickness and rubber cover. Oh well, I may try again. Anyway, just remember it's still glass and be careful.

1 comment    3 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

### Good idea but bad materials

By April Grace Baker on May 18, 2016
Color: Turquoise

The silicone smells like bad rubber and the smell is so strong that it interferes with the pleasures of drinking wine.

Comment    7 people found this helpful. Was this review helpful to you?    Yes    No    Report abuse

**See all verified purchase reviews (newest first)**

Write a customer review

---

Published 3 months ago by Serina Gilmore

### Cheers to Goverre!

Love these glasses. They are made well and are fun and sexy when on the go with your favorite drink. I use them especially at the beach.
Published 1 year ago by Amazon Customer

### Love the spill proof lid and variety of colors

These glasses are incredible!! Love the spill proof lid and variety of colors. Great gifts too!
Published 1 year ago by Amazon Customer

### I can't say enough about how much I love these glasses

I can't say enough about how much I love these glasses. We not only have them in our home but in our camping trailer as well. They are so handy and functional. Read more
Published 1 year ago by Kirsten Huber

### They come in such fun colors and look and work great on the go

These are the cutest, coolest glasses! They come in such fun colors and look and work great on the go! I use mine all the time...camping, beach, picnics, sunset... Read more
Published 1 year ago by Emily Gladnick

**Search Customer Reviews**

[                    ]    Search

---

Page 11 of 21

**EXHIBIT E**

EXHIBIT W

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Rewards Visa Signature Cards | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | Sell Your Subscription on Amazon | | |
| | › See all | | |

English

United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Drive<br>Unlimited Cloud Storage<br>From Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants |
| Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Shopbop<br>Designer<br>Fashion Brands | TenMarks.com<br>Math Activities<br>for Kids & Schools |
| Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Subscribe with Amazon<br>Discover & try<br>subscription services |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2017, Amazon.com, Inc. or its affiliates

Page 12 of 21

**EXHIBIT F**

EXHIBIT W



### Explore    Start a project    **KICKSTARTER**    Log in    Sign up

## Share this project

**Done**

 Share    Tweet    Share    Pin    ‹ ›  Embed

## Share this project

**Done**

 Tweet

 Share

 Pin

 Email

# GOVERRE - a GLASS, portable wine glass

GOVERRE - a GLASS, portable wine glass by Regan and Shannon — K...    https://www.kickstarter.com/projects/1747683510/goverre-a-glass-portab...

EXHIBIT W

What is chic, discreet, spill-proof and GLASS? GOVERRE! Drinking wine while outdoors never tasted better. It's about time!

Created by

Regan and Shannon



Page 14 of 21

GOVERRE - a GLASS, portable wine glass by Regan and Shannon — K...    https://www.kickstarter.com/projects/1747683510/goverre-a-glass-portab...

**EXHIBIT F**

EXHIBIT W

702 backers
pledged
$63,457 to
help bring
this project
to life.

| Rewards | **Campaign** | FAQ | Updates [21] | Comments [82] | Community |

## About this project

## Support this project



▶ PLAY

📍 San Diego, CA        ✎ Design

**$63,457**

pledged of $45,000 goal

**702**

backers

### Pledge $5 or more

WE RAISE OUR GLASS: Join the GOVERRE girls and receive special GOVERRE updates and a shout out on our webpage. Every dollar helps. Thank you!!

ESTIMATED DELIVERY
Oct 2014

6 backers

### Pledge $28 or more

CHEERS to the pre-party: Pre-order a set of 2 GOVERREs for 30% off the $40 retail price. (Choose your colors at survey time)

Missed our campaign? Visit us at www.goverre.com to pre-order your GOVERRE.

## Hi!! We are Regan and Shannon and we want to let you in on our little secret...

Page 15 of 21

You no longer have to drink your wine out of water bottles, coffee mugs, or red plastic cups while enjoying a glass of wine outdoors!

Introducing GOVERRE... a GLASS, stemless wine glass with a silicone sleeve and a lid.

**GOVERRE** is perfect for: backyard BBQs, boating, walks around the neighborhood, outdoor movies, street festivals, hikes, the beach, taking your dog for a walk, camping, art festivals, Broadway, parades, picnics, polo fields, the pool, film festivals...



*Pool side*



|  |  |
|---|---|
| ESTIMATED DELIVERY | SHIPS TO |
| Oct 2014 | Anywhere in the world |

Limited
199 backers

## Pledge $32 or more

SALUD: Pre-order a set of 2 GOVERREs for 20% off the $40 retail price. (Choose your colors at survey time)

|  |  |
|---|---|
| ESTIMATED DELIVERY | SHIPS TO |
| Oct 2014 | Anywhere in the world |

**Reward no longer available**
7 backers

## Pledge $32 or more

SALUD DEUX : Pre-order a set of 2 GOVERREs for 20% off the $40 retail price. (Choose your colors at survey time)

|  |  |
|---|---|
| ESTIMATED DELIVERY | SHIPS TO |
| Oct 2014 | Anywhere in the world |

146 backers

## Pledge $52 or more

CHIN CHIN to the early bird: Pre-order a set of 4 GOVERREs (4 glasses

Page 16 of 21

**EXHIBIT F**

*Camping*



*Boating*



*Picnics*

We couldn't find ANYTHING to drink our wine out of at outdoor venues that was glass, wouldn't spill and, of course, looked chic.



**EXHIBIT W**

total) for 35% off the $80 retail price. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

SHIPS TO
Anywhere in the world

Limited
99 backers

### Pledge $60 or more

THE MORE THE MERRIER: Pre-order a set of 4 GOVERREs (4 glasses total) for 25% off the $80 retail price. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

SHIPS TO
Anywhere in the world

**Reward no longer available**
53 backers

### Pledge $60 or more

THE MORE THE MERRIER DEUX: Pre-order a set of 4 GOVERREs (4 glasses total) for 25% off the $80 retail price. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

SHIPS TO
Anywhere in the world

Page 17 of 21

**EXHIBIT F**

**EXHIBIT W**



127 backers

So we got to work and created something... GOVERRE!



*Pour your favorite wine into your GOVERRE. Seal the lid. Pack in your bag. Enjoy anywhere.*

### Pledge $90 or more

TO OUR BACKERS: Pre-order a set of 6 GOVERREs (6 glasses total) for 25% off the $120 retail price. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

SHIPS TO
Anywhere in the world

44 backers

## 3 Things to LOVE about GOVERRE:

### 1. Glass

- GOVERRE holds 17oz of your favorite beverage… ours happens to be wine.
- GOVERRE is thicker than a typical wine glass making it durable.
- GOVERRE's white glass is unique, chic and discreet.
- Glass preserves the taste and integrity of your wine.

### 2. Silicone Sleeve

- The houndstooth-patterned silicone sleeve gives GOVERRE added durability, prevents heat transfer and provides a no-slip grip.

### 3. Lid
- GOVERRE can be enjoyed without its lid OR can be used with its drink-through, spill-proof lid.

Page 18 of 21

**EXHIBIT F**

EXHIBIT W

GOVERRE is of course BPA/BPS and phthalate-free and is totally dishwasher safe.

## Join us!



| January 2013 | February 2013 | March 2013 | August 2013 |
| GOVERRE idea hatched | This is going to be Fab! | Mock up made | Working Prototype made – "Almost there..." |

We have created a revolutionary portable wine glass! Our prototype is beyond fantastic. However, GOVERRE cannot succeed without YOU! We need your help to raise $45,000. See the detailed graph below.



| Phase | Duration | Cost | Est. Comp. Date |
|---|---|---|---|
| Kickstarter Campaign | 7 Weeks | $ - | 4/30/2014 |
| Final Engineering | 8 Weeks | $ 8,000 | 6/25/2014 |
| Molding Development | 8 Weeks | $ 16,000 | 8/20/2014 |
| Production | 8 Weeks | $ 21,000 | 9/17/2014 |
| Import/Shipping | 4 Weeks | $ - | 10/15/2014 |
| | | $ 45,000 | |

Our engineer must complete a final manufacturing package

### Pledge $300 or more

TOES IN THE SAND: A romantic, sunset beach picnic for 2 in beautiful Encinitas, CA. Enjoy Encinitas' best farm to picnic basket cuisine. Relax and enjoy the gorgeous sunset while the GOVERRE Girls take care of all the work! 4 of your favorite GOVERREs are of course included. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

**Reward no longer available**
8 backers

### Pledge $1,000 or more

SOARING OVER SAN DIEGO: You and your favorite person will enjoy the magnificent San Diego skyline and sunset aboard a hot air balloon. 4 of your favorite GOVERREs are of course included. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

Page 19 of 21

**EXHIBIT F**

Limited
0 backers

($8,000) to fine-tune our prototype to ensure a precise fit among the lid, glass and sleeve.

Our manufacturing partners are ready to go! They require a total cost of $16,000 to make the molding/tooling.

Please select one of the the various backer levels above and help us get GOVERRE to market! We are so grateful for your support and help in creating the GOVERRE buzz.

Cheers!

xoxo,

The GOVERRE Girls

Missed our campaign? Visit us at www.goverre.com to pre-order your GOVERRE. Missed our campaign? Visit us at www.goverre.com to pre-order your GOVERR

# Risks and challenges

We have significantly reduced our original funding goal. Slight reductions were made to our engineering and manufacturing costs by renegotiating with our engineering and manufacturing partners. In addition to the cost savings found, we had some tough discussions and decided to tap into our savings and our "just in case" bank accounts.

Meeting demand is an anticipated risk that we face. To mitigate this risk we have chosen suppliers that guarantee they can meet our projected demand in a timely manner.

Production delays are a possibility when manufacturing a product with 3 separate components. To offset this risk, we actively manage our supply chain. We have worked very hard to address and minimize foreseen and unforeseen risks

We are confident that this project will be successful!

**Learn about accountability on Kickstarter**

### Pledge $5,000 or more

VIP VINEYARD TOUR: You and a lucky guest will spend an unforgettable day with the GOVERRE girls touring the award winning Fallbrook and top-rated Temecula wineries. One night at a top San Diego Hotel included. Later that evening, we will dine at one of San Diego's finest restaurants. 4 of your favorite GOVERREs are of course included. (Choose your colors at survey time)

ESTIMATED DELIVERY
Oct 2014

Limited
0 backers

### Pledge $10,000

ONE OF A KIND: Join the GOVERRE girls in designing a custom limited edition GOVERRE made just for you or your next corporate event! Imagine the possibilities.

ESTIMATED DELIVERY

Page 20 of 21

**EXHIBIT F**

Oct 2014

Questions about this project? **Check out the FAQ**

Limited
1 backer

**EXHIBIT W**

Report this project to Kickstarter

## Funding period

Mar 31 2014 - May 15 2014 (45
days)

| **About us** | **Help** | **Discover** | | **Hello** |
|---|---|---|---|---|
| What is Kickstarter? | FAQ | Art | Games | Happening |
| Who we are | Our Rules | Comics | Journalism | Company |
| Impact | Creator Handbook | Crafts | Music | Blog |
| Jobs | Campus | Dance | Photography | Engineering |
| Press | Experts | Design | Publishing | Blog |
| Stats | Trust & Safety | Fashion | Technology | The |
| Newsletters | Support | Film & Video | Theater | Creative |
| Spotlight | Terms of Use | Food | | Independent |
| Drip | Privacy Policy | | | |
| Kickstarter Live | Cookie Policy | | | |
| The Year In | | | | |
| Kickstarter: 2016 | | | | |

© 2017

English ∨

# Lowry Blixseth LLP

**EXHIBIT X**

23632 Calabasas Rd., Ste. 201
Calabasas, California 91302
Phone: 818.584.6460
Fax: 818.574.6026
Email: Info@LawLB.com
Web: www.LawLB.com

## <u>*VIA E-MAIL*</u>

June 9, 2017

Darin Klemchuk
Klemchuk LLP
8150 N Central Expressway, 10th Floor
Dallas, Texas 75206
darin.klemchuk@klemchuk.com

      Re:    govino, LLC Intellectual Property
              U.S. Trademark Reg. Nos. 3,586,708 and 4,063,605 for GOVINO
              U.S. Trademark Reg. No. 4,712,133 for GO ANYWHERE
              <u>Docket: GOVINO-55361</u>

Dear Mr. Klemchuk:

      In response to your letter dated May 12, 2017, we completely disagree with your assessment.  First, your letter incorrectly presupposes that there have been no incidents of confusion over the last four years.  Second, it appears your client did not have any sales/distribution until sometime after April 2015 when it completed a second Kickstarter campaign after the first one failed in February 2014.  Even so, GoVerre only distributed around 3,000 glasses at that time, which is *de minimus* for this market.  Moreover, even if there has been no consumer confusion to date, it is not dispositive of a likelihood of confusion.  The Ninth Circuit has been instructive in this respect in that "difficulties in gathering evidence of actual confusion make its absence generally unnoteworthy."  *Brookfield Commun., Inc. v. W. Coast Ent. Corp.*, 174 F.3d 1036, 1050 (9th Cir. 1999).

      As you are already well aware, govino has expended considerable time, effort, and money procuring goodwill in its "go" family of trademarks, which include its U.S. Trademark Reg. No. 3,586,708 for GOVINO for use in connection with "drinking vessels"; U.S. Trademark Reg. No. 4,063,605 for GOVINO for use in connection with "wine, wine sold in a flexible pouch, wine sold in a flexible pouch with a disposable wine glass, and wine sold in a single serving size"; and U.S. Trademark Reg. No. 4,712,133 for GO ANYWHERE for use in connection with "decanters; drinking vessels" (collectively "govino Marks").  There is nothing about the word "go" that makes it generic or merely descriptive of these products.  Even if it were, the govino Marks have acquired distinctiveness through govino's extensive, continuous, and exclusive use for nearly the last decade and serve to designate govino has an exclusive manufacturing source of products identified as such.

Page 1 of 4

EXHIBIT X

Your letter even admits that the word "verre" in your client's mark translates into "glass", which is generic for your client's products under the Doctrine of Foreign Equivalents. Thus, the only non-generic aspect of your client's mark is the word "go", which is identical to govino's "go" family of trademarks. For all practical purposes, the marks are, therefore, nearly indistinguishable.

Your client's wine glasses are drinking vessels specifically marketed to wine drinkers, which falls squarely within the scope of the broad protection afforded by the govino Marks as mentioned above. To this end, your client's goods and the trade channels through which they travel are identical to govino. Thus, my client maintains its opinion that brand confusion is inevitable.

Moreover, the fact that govino obtained not one – but four – design patents for various drinking glass and decanter designs incorporating govino's trade dress rights in its distinctive notched indent is presumptive evidence of non-functionality, contrary to your letter. *Fuji Kogyo Co., Ltd. v. P. Bay Intern., Inc.*, 461 F.3d 675, 683 (6th Cir. 2006) ("A design patent . . . is presumptive evidence of nonfunctionality, evidence that may support a similar trademark claim."). Your client's oval formation mimic's govino's trade dress and is likely to cause consumer confusion, especially when taken together with the other similarities mentioned above.

Thus, given that GoVerre has now been aware of its infringing activity for over a month, govino demands that GoVerre agree to mitigate its infringing activity **no later than June 16, 2017** and begin immediately to take the following actions:

1. Immediately cease and desist from all use of "GoVerre", "Any Wine. Any Time.", and the "oval formation" as stated herein and in our May 2, 2017 letter;

2. Immediately cease and desist from reproducing, displaying or distributing, or otherwise using or selling any product or service bearing "GoVerre", "Any Wine. Any Time.", and the "oval formation", including removing all infringing articles from the GoVerre website and retail stores;

3. Pay govino monetary damages for willful trademark infringement, trade dress infringement, and unfair competition, and pay govino a reasonable royalty based on the proceeds GoVerre received during the time period of infringing use; and

4. Pay govino's attorney's fees and costs incurred in connection with this matter.

To ascertain the monetary damages govino has suffered, provide the following information regarding use of "GoVerre", "Any Wine. Any Time.", and the "oval formation", and the sales activities since your client started selling product under these confusingly similar marks:

1. Identify all infringing product lines, including those not specifically mentioned above;

2. For each infringing product line, state the date that such product line was first offered for sale;

3. For each infringing product line, state the number of units sold to date;

4. State the commission or profits, if any, realized as a result of such sales;

5. State total revenue figures received for each product line;

6. Provide a customer list of those who have purchased the infringing articles, for each product line; and

7. Provide the name(s) and addresses(es) of any and all manufacturers from whom you have purchased infringing articles.

It is govino's policy to vigorously enforce its intellectual property and other related rights in connection with its products.  The relief govino demands of GoVerre is far less now than what it would be entitled to in a legal action, which would include govino's actual damages, treble or punitive damages, and attorneys' fees.  govino offers this final accommodation in the hope that GoVerre will take advantage of the opportunity to stop its infringing conduct now, without inflicting further harm on govino or further increasing its own liability.

Should GoVerre refuse to comply with the above, govino has both the resolve and the resources to enforce its intellectual property rights.  For the avoidance of doubt, govino has already brought five recent lawsuits in the United States District Court for the Northern and Central Districts of California and Eastern District of Texas for patent and/or trademark infringement of wine glass products, including infringement of govino's registered "GOVINO" marks and the trade dress rights in its notched indent.

///
///
///

EXHIBIT X

Absent GoVerre's agreement to mitigate its infringing activity by June 16, 2017 and to provide substantial evidence of said remediation by June 27, 2017, govino will file a complaint against GoVerre in the U.S. District Court for the Central District of California for, *inter alia*, trademark infringement under the Lanham Act on June 30, 2017, followed by filing petitions to cancel GoVerre's U.S. Reg. Nos. 4,765,018 for GOVERRE; and 4,818,372 for ANY WINE. ANY TIME.

Yours Very Truly,

Scott M. Lowry
Lowry Blixseth LLP

SML:jc
Enclosures

cc:  govino, LLC