SCOTT M. LOWRY (CA Bar No. 244504)
scott@lawlb.com
LOWRY BLIXSETH LLP
23632 Calabasas Road, Suite 201
Calabasas, California 91302
Telephone: 818-584-6460
Facsimile: 818-574-6026

CHRIS KAO (CA Bar No. 227086)
ckao@kaollp.com
ANDREW HAMILL (CA Bar No. 251156)
ahamill@kaollp.com
WHITNEY MINER (CA Bar No. 290825)
wminer@kaollp.com
KAO LLP
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: 415-539-0996
Facsimile: 866-267-0243

Attorneys for govino, LLC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| GOVINO, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>GOVERRE, INC., a Delaware corporation; REGAN KELAHER, an individual; SHANNON ZAPPALA, an individual; and DOES 1-10,<br><br>    Defendants. | Case No. 8:17-cv-1237 JLS (JCGx)<br><br>**DECLARATION OF ADAM RHODES** |

1    I, Adam Rhodes, hereby declare:

2    1.    I am over 18 years of age, of sound mind, capable of making this declaration, and

3    personally acquainted with the facts stated herein. I have personal knowledge of the facts in this

4    declaration.

5    2.    On August 8, 2018, I personally accessed the Amazon page located at

6    https://www.amazon.com/Govino-Glass-Flexible-Shatterproof-

7    Recyclable/dp/B002WXSAT6/ref=sr_1_3?ie=UTF8&qid=1534438068&sr=8-

8    3&keywords=govino+wine+glasses. A true and correct copy of the screenshot I took is attached

9    to this Declaration as **Exhibit A**.

10   3.    On August 8, 2018, I personally accessed the Amazon page located at

11   https://www.amazon.com/GOVERRE-GLASS-Protective-Drink-Through-Night-

12   Out/dp/B073VVHLC9/ref=sr_1_1_sspa?s=kitchen&ie=UTF8&qid=1534438327&sr=1-1-

13   spons&keywords=goverre+wine+glass&psc=1. A true and correct copy of the screenshot I took is

14   attached to this Declaration as **Exhibit B**.

15   4.    On August 16, 2018, I personally accessed the web page located at

16   https://www.interempresas.net/Vitivinicola/Articulos/47549-Treinta-anos-de-diseno-en-el-

17   mundo-del-vino-en-el-SFMOMA.html. A true and correct copy of the article located on that page

18   is attached to this Declaration as **Exhibit C**.

19   5.    On August 16, 2018, I personally accessed the LinkedIn page located at

20   https://www.linkedin.com/in/marcoclg/. A true and correct copy of the page I accessed is attached

21   to this Declaration as **Exhibit D**.

22   6.    On August 16, 2018, I personally accessed the web page located at

23   http://www.coastlawgroup.com/project/marco-a-gonzalez/. A true and correct copy of the page I

24   accessed is attached to this Declaration as **Exhibit E**.

25   7.    On September 20, 2017, I prepared a side-by-side photograph comparison of a

26   Govino glass and a Goverre glass for the parties' Joint R. 26(f)  conference statement. A true and

27   accurate copy of that photograph comparison is attached to this Declaration as **Exhibit F**.

28

1       I declare under the penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the

2 foregoing facts are true and correct.

3

4       Executed on August 16, 2018 in San Francisco, California.

5

6

7                     /s/ Adam Rhodes

                            Adam Rhodes

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

#1,812 in Kitchen & Dining (See Top 100 in Kitchen & Dining)
#18 in Kitchen & Dining > Bar Tools & Glasses > Bar, Cocktail & Wine Glasses > Wine Glasses
#21 in Kitchen & Dining > Glassware & Drinkware > Wine & Champagne Glasses
#36 in Kitchen & Dining > Wine Accessories

# Exhibit B

#1,682 in Kitchen & Dining (See Top 100 in Kitchen & Dining)

#3 in Kitchen & Dining > Wine Accessories > Wine Accessory Sets

#16 in Kitchen & Dining > Bar Tools & Glasses > Bar, Cocktail & Wine Glasses > Wine Glasses

#19 in Kitchen & Dining > Glassware & Drinkware > Wine & Champagne Glasses

# Exhibit C

Case 8:17-cv-01237-JLS-E Document 71-2 Filed 08/17/18 Page 9 of 38 Page ID #:2044

We use cookies (both first-party and third-party) to improve our services and to show advertisements related to your preferences by analyzing your browsing habits.
If you continue to browse, you accept this usage. You can get more information on our 'Cookies Policy'. Close



SISTEMAS DE NEBULIZACIÓN PARA BODEGAS

Mantenemos la humedad constante que necesita la atmósfera

 **GRAPE AND WINE INDUSTRY**

    



This news article was originally written in Spanish. It has been automatically translated for your convenience. Reasonable efforts have been made to provide an accurate translation, however, no automated translation is perfect nor is it intended to replace a human translator. The original article in Spanish can be viewed at **Treinta años de diseño en el mundo del vino en el SFMOMA**

*Several Spanish companies participating in the exhibition of San Franscisco*

# Thirty years of design in the world of wine at the SFMOMA 

**Nerea Gorriti**  26/01/2011        👁 1124   ✉ f 🐦 g⁺ in

**San Franscisco has always been synonymous with modernity. A contemporary and open city in California which has since 1935 with one of the most important international showcases of contemporary art, the SFMOMA. And it is precisely this icon which has chosen to show the close**

**relationship between the design and the wine through an exhibition which opened on November 20 and which will remain open until April 7, 2011. ' How wine became modern: Design + Wine 1976 to now', invites the visitor to walk the path that has led the wine into a symbol of modernity and design in many countries of the world today. Proof of this can give the wines and Spanish wineries participating in the exhibition featuring 200 projects. The ambassadors, four of the most spectacular: Marques de Riscal Winery Ysios, Bodegas Lopez de Heredia and Bodegas baigorri.**

The exhibition, co-sponsored by the manufacturer of glassware, Riedel, and developed in collaboration of the team Diller-Scofidio-Renfro, combining architecture and design objects as works of art of recent creation.



*Winemaker Puzzle ($68) which can be purchased at the Museum during the exhibition. Pictures: SFMOMA.*

It also has sections devoted to the graphic design of the labels, glassware and the evolution of design over these last three decades in search of a better oxygenation of wine to enhance its character. It also highlights issues of great relevance as the area destined to the terroir, or developments in the production of wine in different parts of the world and its cultural translation, or their integration into the landscape.



*Wine glasses Govino ($12,95 /juego in four parts). Pictures: SFMOMA.*

38 architectural pieces related to the world of wine represent and describe the contemporary scene of international architecture. They are 18 countries with architectural presence in the exhibition, which Spain has 9 pieces. Follows USA 6, Austria 4, Switzerland 3, France, Italy and Chile with 2.

> **DO Rioja, six architectural examples in the sample**
>
> *The sample has the pabellón-tienda of López Heredia, in Haro (Zaha Hadid); Winery Ysios, in Laguardia (Santiago Calatrava); Bodegas Darien, in Logroño (j. Marino Pascual); Wine cellar Baigorri, Samaniego (Iñaki Aspiazu) and Hotel Marqués de Riscal in Elciego (Gehry Partners).*

Not only the architecture takes part in this exhibition of the Museum of modern art in San Francisco. The Organization has not forgotten other elements which have accompanied the wine in these thirty years of travel towards modernity, as labels, bottles, glassware, or the packaging. In the first category, among others, the exhibition has chosen cellars House premiere labels or Matsu, wineries Toro.

  

*Bottle Openers Chic Monsieur(48$), Biame Anniversary ($22) and Lena Bergstrom, Toplight ($35). Pictures: SFMOMA.*

## Tags, hand on their road to modernity

Apart from its informative function, the label has evolved to become a hallmark of some wines. Also in the sample occupy an important space some ' Made in Spain', like the Matsu of Toro, also selected as avant-garde by the curator of architecture and design Henry Urbach of SFMOMA, organizer of the exhibition, designed by the architects Diller StudioScofidio + Renfro you have also selected other original objects, architectural models, aerial photographs and other works of art inspired by the world of wine.

## Matsu tags

The rogue, El Recio and the old part of the exhibition. The collection of Matsu has already received several awards in the category of design, including the Best Pack of food to the best wine packaging. Tags are a tribute people who dedicate their life to viticulture.

The faces of El Pícaro, El Recio and El Viejo can be seen in a large mural along with other wine labels that have been selected among the most cutting-edge of recent years.



*The rogue, the Recio and the old of Matsu.*

## Ysios wineries

Located to the Sierra de Cantabria, in the heart of Rioja Alavesa, Ysios wineries stands as one of the banners of the D.O. Rioja in the 21st century. Designed by architect Santiago Calatrava, Ysios represents the cutting edge. The building, like an ancient temple that has achieved a complete integration with your environment, draws on the horizon the sensuality of a row of barrels. Only for the production of reserves, Ysios wineries has managed to incorporate into the ancient winemaking tradition the touch of modernity that brought the new century. Maintaining good artisanal habits that bring quality and nobility to the best wines, committed to a treatment even more minimalist and selective process of winemaking and ageing.



*Ysios wineries.*

## Bodega Clos Pegase, a reference

Case 8:17-cv-01237-JLS-E   Document 71-2   Filed 08/17/18   Page 14 of 38   Page ID #:2049

In 1985 the Museum organized the first architectural competition for the design of Clos Pegase, a winery in the Valley of the Napa-California. The winning team of Michael Graves and Edward Schmidt, designed the winery, one of the icons of American postmodernism. Three years later, the Pompidou Center organized another competition for the renovation of the chateau Pichon-Longueville, in Bordeaux. Without a doubt, a point of departure for the weight of the architecture in the world of wine.

## Apart from the architecture: sculpture and industrial design

In addition to names of international architects, also have leading role in the exhibition others maybe less known outside the art world, but that they will no doubt, does not leave indifferent to the professionals of the sector: the sculptor Etienne Meneau and designer Álvaro Uribe.



*Unique tasting of Álvaro Uribe copa. Pictures: Alvaro Uribe.*

## Unique tasting of Álvaro Uribe Cup

A good wine will taste thanks several senses: sight, smell and taste. Based on this principle so elemental, industrial designer who lives in New York, Alvaro Uribe, has created a unique glass whose angle allows to see the shades of the wine without distortion of the glass. In addition, its peculiar form allow aroma to rise and be exhaled while it spiraling. It has also been designed to facilitate the consumer the amount needed to experience the wine. Made in glass, Edition limited, can be seen in the exhibition of the Californian Museum.



*Work of Etienne Meneau.*




*Waiters of of Etienne Meneau.*

**Interview with Etienne Meneau**

*"It should evoke the circulation of the blood, but the filling and emptying was so" interesting that I eventually left her open, and it became one! "jar!"*

*-Its works are exposed in the San Francisco Moma. The exhibition ' How Wine Became Modern: Design + Wine 1976 to Now', uses an innovative and contemporary language which has been recognised in the artistic circles. How do you feel with this recognition?*

-I am surprised the interest aroused by my work. I think that artists are not best suited to explain such things...

*-Tell us you and your relationship with art. How and when started to create this type of works linked to the world of wine? His waiters make us think of the heart, arteries, are very organic forms, why?*

-I did my first work of this kind, my first Carafe, in 1994. It had to be a sculpture that evoked the blood circulation. Wanted to fill wine and close it. But the filling and emptying was so interesting that I eventually left her open, and he became a pitcher!

*-Looking at their creations, I guess the wine lover...*

-I really like the idea of the wine. It is a culture that is transmitted from thousands of years ago... Although the wine of Homer is not that we drink now... unfortunately I have never been enough rico to taste great wines!

*-Tell us of the work of glass, technique that uses. How he embodied his ideas?*

-I do the Carafes from welded tubes of glass. I developed a model and this trust to a craftsman glassmaker specializing in laboratory work. It is a technique that requires too much expertise and tools so that I can do it all by myself.

*-Conceived their works as exclusively artistic creations or more products that will be used by consumers of wine?*

-The Carafes are sculptures that can be used as jars... They are not complete, active, where works of art until that they are not filled wine, or during filling and emptying.

*-I am intrigued by the kind of people who acquired his works, how is it?*

-In general they are lovers of art and wine, especially Anglo-Saxon. Perhaps they are people who keep a more serene cultural relationship with wine.

*-Where can I buy his Carafes?*

-They can be ordered via email strangecarafe@gmail.com

*Author: Mar Martínez*



*Self-portrait of Etienne Meneau.*

---

**By what 1976?**

The chosen date that gives title to the exhibition is not arbitrary. 1976 is a symbolic year for the American wine industry. It was the year of the 'judgment of Paris'. There, in a blind tasting, nine experts in French wine given to a number of Northern California wines a rating higher than the estimated in French wines. The controversial valuation, as well as the repetition of new tasting, did not prevent the news caused a strong advertising impact around the world. And it is that the fledgling industry of California wine began to be known throughout the world. This was a milestone for the sector: increased sales, increased popular awareness of the wine, the birth of the criticism of wines, wine tourism and a multitude of other events.

---

## REVISTAS ‹ ›







## ÚLTIMAS NOTICIAS

### Bodegas Habla, el vino convertido en arte

### Cooperativas estima que la vendimia española rondará los 42-43 millones de hectolitros

### British Steel invertirá 50 M de libras esterlinas para actualizar su negocio de alambrón

### La DO Rías Baixas, protagonista de tres eventos en Tokio

### Los vinos y cavas de Perelada, los mejor puntuados de la DO Empordà en la Guía Peñín

## FEATURED COMPANIES




## OPINIÓN



### Entrevista a Rubén Pol, sumiller de Disfrutar

"Un sumiller debe mantener la pasión y la ilusión por lo que hace y, sobre todo, ser humilde"



### Entrevista a Joan Miquel Canals, presidente de la Associació Catalana d'Enòlegs

*"Uno de los objetivos de la ACE es mostrar a la sociedad qué es un enólogo, la ciencia que hay detrás de esta formación"*



### Entrevista a Vicente Ferreira, presidente del Comité Organizador de Macrowine

*"Macrowine quiere poner de relieve qué hay de nuevo en algunos aspectos de gran importancia relacionados con nuestra capacidad para poder hacer vinos mejores"*



### Entrevista a Inma Rodríguez Mora, directora de Calidad e Inocuidad Alimentaria de Aqualife

*"Aqualife ENOL está basada en la tecnología de alta frecuencia"*



### La mujer preparada consigue sus objetivos

Entrevista a tres directivas de Auxiemba en el Día Internacional de la Mujer Trabajadora

## OTRAS SECCIONES

### Agenda

### Organisations

**Directorio por empresas**

# SERVICES

**Formación presencial / online**

**Jornadas Profesionales**

**Diseño y comunicación B2B**

**Consultoría de marketing**

**Interempresas Media, S.L.U. - Grupo Nova Àgora**

Nuestros productos

Aviso Legal

Protección de Datos

Política de Cookies

Auditoría **OJD**

Login

Register

Place ad for free

Add company for free

Newsletters

Subscribe to magazine



# Exhibit D

in  🔍 Search          🏠 👥 💼 💬 🔔 👤     ⊞ 📰

112 New CA Clients - 112 new legal clients seeking a CA attorney. View their cases today.  Ad  ···

**Promoted**

**112 New CA Clients**
112 new legal clients seeking a CA attorney. View their cases today.

Learn more

COMCAST BUSINESS
**Choose any int**
on the Gig-spe
network, then add
& TV for just $3
more/mo.

Learn mor

## Marco Gonzalez · 3rd

Founder/Partner at Coast Law Group

Encinitas, California

[ Message ]  [ ··· ]

Litigators. Deal Closers. Renegades. Rebels. Attorneys for when it really matters. The mission of Coast Law Group LLP is to do what we can to save the planet, while also helping businesses and individuals succeed in their endeavors.

Specialties: Environmental and Natural Resources Law
Government Relations and Election Law
General Business/Corporate Transactions and Litigation
Intellectual Property
Action Sports

 Marco A. Gonzalez 🔗

Show less ⌃

📖 Coast Law Group

🎓 Lewis & Clark Law School

📇 See contact info

👥 500+ connections

### People Also Viewed

**Rafael Castellanos** · 3rd
Chairman at Port of San Diego

**Caridad Sanchez** · 3rd
Chief of Public Information and Legislative Affairs, California Department of Transportation D 11

**Greg Parks** · 3rd
Director at Katz and Associates

**Chuck Samuelson** · 3rd
Founder/President at Kitchens Good

**D. Todd Philips, JD, MPA,**
Principal at Philips Consulting

**Elyse Lowe** · 3rd
Director, Development Services Department at City of San Dieg

**Chanelle Hawken** · 3rd
Vice President, Government and Public Affairs, Cox California

**Amy Bernal** · 3rd
Vice President, Customer Exper at Aira | Twitter: @AmyBernalAi

**Nancy Chase** · 3rd
President at Public Policy Partn

**Liz Maland** · 3rd
City Clerk of the City of San Die

## Experience

 **Managing Partner**
Coast Law Group
2004 – Present · 14 yrs

Oversee administration of the firm while also chairing the environmental/land use and governmental relations practice areas.

**Senior Attorney**
San Diego Coastkeeper
2000 – 2003 · 3 yrs

**San Diego County Chapter Chairman, Legal Advisor**
Surfrider Foundation
1998 – 2003 · 5 yrs

## Education

Lewis & Clark Law School

### Learn the skills Marco has

 **Setting Up Your Sma Business as a Legal**
Viewers: 21,153

 **Copyright for Creati Protecting Your Wor**
Viewers: 4,634

🟢 Messaging   ✏️ ⚙️

**San Francisco State University**
Conservation Biology
1993 – 1993

**University of California, Santa Cruz**
B.A., biology/environmental studies
1988 – 1992

## Skills & Endorsements

**Litigation** · 99+
Endorsed by **6 of Marco's colleagues at The Surfrider Foundation**
Endorsed by **6 people who know Litigation**

**Nonprofits** · 56
Endorsed by **Sara Kent and 1 other who is highly skilled at this**
Endorsed by **5 of Marco's colleagues at The Surfrider Foundation**

**Legal Research** · 52
Endorsed by **Mitchell M. Tsai, Esq., who is highly skilled at this**
Endorsed by **5 of Marco's colleagues at The Surfrider Foundation**

Show more ⌄

## Recommendations

Received (0)    Given (1)

**Heather Weiermann**
Owner/Broker of Traveling Sunshine Property Management & Coach and Business Mentor at The Vacation Rental Coach
November 4, 2010, Marco managed Heather directly

Heather is easily one of the most honest and hard working individuals I've ever had the pleasure to work with. She would regularly complete tasks in hours that would take others days, and in days what would take others weeks. Both at the Surfrider Foundation and at Coast Law Group, I witnessed Heather's abilities to multi-task, manage difficult vendors and clients, and learn impossibly complex systems and tasks -- all with a never ending smile and positive attitude. The only negative thing I could ever say about Heather is that we had to hire two people to replace her when she left.

## Accomplishments

**1** **Honor & Award**
Top Attorney, San Diego - Transcript 10 Category

## Interests

**University of California, Santa C...**
119,372 followers

**Action Sports Retailers**
2,825 members

Messaging



**San Francisco State University**
213,010 followers

**Pure Fishing**
8,988 followers

See all

Linked in

About

Community Guidelines

Privacy & Terms ⌄

Send feedback

LinkedIn Corporation © 2018

**Questions?**
Visit our Help Center.

**Manage your account and privacy.**
Go to your Settings.

Select Language

English (English) ▼

● Messaging

# Exhibit E



# Marco A. Gonzalez

Partner



## 760-942-8505 Ext 102

marco@coastlaw.com

---

**PRACTICE AREAS**

- Business/Corporate
- Environment/Land Use
- Intellectual Property

- Action Sports
- Appellate
- Real Estate
- Government/Elections

> ❝
>
> ## Unless someone like you cares a whole awful lot, Nothing is going to get better. Its not.
>
> Dr. Seuss, The Lorax

# About Marco

Marco Gonzalez is a cofounder and Managing Partner of Coast Law Group LLP, where he oversees the firm's Environment & Land Use, Government Relations, and Election Law practice area groups. Marco also regularly assists with matters under the Real Estate, Action Sports, Business, and Litigation practice groups.

In addition to recognition as a "San Diego Super Lawyer" in 2008 and 2009, Marco was one of ten attorneys awarded the San Diego Daily Transcript's "Top Attorney" designation in its multi-disciplinary Transcript 10 category for 2011.

Widely regarded for his leadership in the environmental arena, Marco has successfully negotiated and litigated complex disputes on behalf of numerous non-profit environmental organizations and community groups throughout California.

As the founder and executive director of the Coastal Environmental Rights Foundation (CERF), Marco is at the core of activist attorneys taking on high-profile and publicly controversial matters related to climate change adaptation, water supply and desalination, fireworks over water, public transit and biking infrastructure, and the provision of affordable housing in

coastal communities. In political matters, Marco advises progressive candidates and elected officials on environmental and campaign issues at the local, regional, and state levels.

While best known for his environmental protection practice, Marco also has extensive experience representing responsible developers and small businesses in land use entitlement/permitting matters. With more than 20 years spent fighting development projects, clients are sometimes surprised to find out that during that time, Marco has successfully entitled major hotel developments, marina expansions, residential subdivisions, and industrial/commercial facilities. With this experience, Marco is one of very few San Diego attorneys respected by community, business, labor, and governmental stakeholders to drive collaborative land use and development processes to regulatory approval. Examples of successful efforts on large scale multi-party projects include the Chula Vista Bayfront Master Plan and City of San Diego Pure Water project.

Throughout the County, Marco also represents restaurants, bars, and nightclubs seeking permits and permit modifications from the California Department of Alcoholic Beverage Control and local jurisdictions.

In addition to his efforts in these areas, Marco provides business consulting, transactional, and litigation support to established corporations, start-up companies, film makers, and professional athletes involved in the surfing, skateboarding, snowboarding, and cycling industries.

Prior to founding CLG, Marco was the Senior Attorney with San Diego Baykeeper (now "Coastkeeper"), an environmental organization dedicated to the protection and preservation of coastal resources throughout San Diego County. He was also the founder and director of the San Diego Baykeeper Environmental Law & Policy Clinic and Chairman/Legal Counsel for the Surfrider Foundation, San Diego Chapter.

Marco has lectured extensively at universities and conferences on a diverse array of environmental issues such as Clean Water Act citizen suit enforcement, desalination policy, land use and planning/smart growth, transit and transportation, coastal armoring and seawall policy, and Mexico-U.S. border water quality. Marco also regularly makes time to speak with law students and new lawyers interested in pursuing careers in environmental law.

Marco's focus on environmental issues began with a Bachelor's of Arts degree in biology and environmental studies from the University of California, Santa Cruz (1992). After pursuing graduate studies in conservation biology at San Francisco State University (1993), Marco

achieved his Juris Doctor from Northwestern School of Law at Lewis and Clark College in Portland, Oregon (1997). He was shortly thereafter admitted to the California Bar.

When not working on cases and managing CLG, Marco can often be found surfing alternative board designs at Cardiff Reef, chasing Tuna offshore of San Diego, or mountain biking local trails around North SD County. Marco currently resides in Encinitas with his wife and two young children.

Extremely active in the legal, political, and environmental communities, Marco's professional associations include:

• **California State Bar, Environmental/Land Use Section, 1997 –**
• **San Diego County Bar Association, Environmental/Land Use Section, 1997-**
• **Surfrider Foundation, San Diego Chapter**

  • Vice-Chairman, 1998, 2003
  • Chairman, 1999-2002
  • Advisory Board Founder, Chairman & Legal Coordinator, 2004-2007

• **State of California, AB 982 Public Advisory Group (TMDL Policy)**
• **State of California, Desalination Task Force**

  • Environmental Community/Surfrider Foundation Representative

• **San Diego Bay Council, Co-founder and Legal Advisor**
• **San Diego Baykeeper Environmental Law and Policy Clinic**

  • Co-founder and Director, 2000-2004
  • Senior Attorney and Advisor, 2004-2010

• **California Western School of Law, Pro Bono Honors Program Mentor**
• **California State Bar, Environmental Negotiations Competition Mentor**
• **Progressive San Diego, Founding Trustee**
• **Past and present environmental clients include:**

  • Surfrider Foundation
  • San Diego Coastkeeper
  • San Diego League of Conservation Voters
  • Vote the Coast
  • Save Our Forest and Ranchlands

- Cleveland National Forest Foundation
- Heal the Ocean
- Heal the Bay
- Environmental Health Coalition
- Keep the North Shore Country
- Santa Monica Bay Restoration Foundation
- Citizens for Responsible Equitable Environmental Development
- Planning and Conservation League
- Sierra Club
- Center for Biological Diversity
- San Diegans for Open Government
- San Diego Affordable Housing Coalition

- **Coastal Environmental Rights Foundation**

- Founder and Legal Director, 2008 –


## In The Media

- **The Coast News** – July 31, 2014 Residents sue over housing project
- **CBS 8** – June 17, 2014 La Jolla will have fireworks on the 4th after all
- **La Jolla Patch** – June 17, 2014 City Settles Legal Dispute over La Jolla July 4th Fireworks Show
- **Bizjournals.com** – June 16, 2014 Carlsbad $1 billion desalination plant is a "test case"
- **The Eco Report.com** – June 2, 2014 The Western Hemisphere's Largest Seawater Desalination Plant
- **La Jolla Blue Book** – April 29, 2014 La Jolla Cove 4th of July Fireworks
- **East County Magazine** – March 28, 2014 Attorney Sends Public Records Request to Descanso Community Water District
- **Fox 5 San Diego** – January 14, 2014 Escondido says no to 99-cent store
- **San Diego Magazine** – January 2014 50 People to Watch Follow-Up: Donna Frye
- **KPBS.org** – December 10, 2013 San Diego Seeks A Swifter Current For Water Recycling
- **Seaside Courier.com** – December 6, 2013 Trouble brewing between bar owners

and residents in downtown Encinitas

• **SCPR.org** – November 12, 2013 Vote scheduled Wednesday for controversial Huntington Beach desalination plant

• **KPBS.org** – September 23, 2013 Trio Says Making Public Harassment Allegations Against Filner Was Wrenching

• **ABC 10** – September 21, 2013 Filner whistleblowers speak out after resignation

• **San Diego CityBeat** – September 17, 2013 How Donna Frye, Marco Gonzalez and Cory Briggs ended Bob Filner's political career

• **Associated Press** – August 31, 2013 San Diego mayor leaving today

• **CTV News** – August 30, 2013 San Diego mayor keeps low profile on last day, resigning amid harassment allegations

• **Yahoo News** – August 30, 2013 San Diego mayor's indiscretions went unnoticed

• **Huffington Post** – August 29, 2013 San Diego Special Election To Replace Bob Filner Set For November 19

• **CNN** – July 31, 2013 Secrets that women of San Diego no longer keep about its mayor

• **Hispanic Business.com** – July 28, 2013 Intern: San Diego Mayor 'Berated, Belittled Women'

• **KOGO.com** – July 26, 2013 Intern witnessed Filner headlocking women!

• **San Diego CityBeat** – July 17, 2013 Bob Filner must resign

• **NPR** – July 16, 2013 San Diego Mayor Accused Of Sexually Harassing Women

• **U-T San Diego** – July 16, 2013 Excerpts: Frye, Gonzalez Speak Out

• **KPBS.org** – July 16, 2013 Filner Defiant As Details Of Alleged Sexual Harassment Emerge

• **KOGO** – July 16, 2013 Filner Says He Won't Resign; Frye Says Mayor's Behavior Not Normal

• **LA Times** – July 15, 2013 Details of San Diego Mayor Filner's alleged sexual harassment released

• **U-T San Diego** – July 15, 2013 Attorney preparing claim against San Diego mayor

• **Talking Points Memo** – July 15, 2013 SD Mayor Reverses Course: Says He Isn't Guilty Of Sexual Harassment, Won't Resign

• **Fox 5 San Diego** – July 15, 2013 Filner accusers turn up heat

• **LA Times** – July 15, 2013 San Diego Mayor Bob Filner accused of forcibly kissing,

groping women

- **La Jolla Patch** – July 15, 2013 Former Filner Supporters Provide Details of Sexual Harassment Allegations, But Not Identities of Women
- **ABC 10 News** – July 15, 2013 'Mayor Bob Filner tragically unsafe for any woman to approach,' says former supporter
- **ABC 10 News** – July 14, 2013 3 former supporters of Mayor Bob Filner to hold news conference
- **International Business Times** – July 13, 2013 San Diego Mayor Bob Filner Releases Apology Video Amid Sexual Harassment Allegations: 'I Need Help'
- **LA Times** – July 12, 2013 San Diego mayor promises to change after sex harassment complaints
- **KPBS** – July 12, 2013 Filner: 'A Fair, Independent Investigation Will Support My Innocence'
- **ABC 10 News** – July 12, 2013 Former Filner allies continue to demand his resignation despite apology video
- **CBS 8** – July 12, 2013 EXCLUSIVE: News 8 cameras catch up with Mayor Filner
- **U-T San Diego** – July 12, 2013 Filner's support evaporates; top aide quits
- **KPBS** – July 12, 2013 Stormy Weather For San Diego Mayor
- **La Jolla Patch** – July 12, 2013 Mayor Says He's Innocent as More Leaders Call for Resignation
- **ABC 10** – July 12, 2013 Calif. Assemblywomen Toni Atkins, Lorena Gonzalez ask Mayor Bob Filner to resign
- **NY Mag** – July 11, 2013 San Diego Mayor Accused of Sexual Harassment, Not Staying Classy
- **KUSI News** – July 11, 2013 Three Filner supporters demand he resign amid sexual harassment allegations
- **NBC San Diego** – July 11, 2013 "Numerous" Women Harassed by San Diego Mayor Filner: Former Friends, Allies
- **LA Times** – July 11, 2013 Ex-supporters to explain why they want San Diego mayor to resign
- **NBC 7 San Diego** – July 11, 2013 Mayor's Alleged Victims Did Not Report Behavior
- **San Diego Free Press.org** – July 11, 2013 More Questions than Answers Remain

in Filner Harassment Allegations

• **Voice of San Diego.org** – July 11, 2013 One of These Mayoral Agitators Is Not Like the Others

• **East County Magazine** – July 11, 2013 Supporters Call on Mayor Filner to Resign Over Alleged Sexual Harassment, but Decline to Disclose Details

• **UPI.com** – July 11, 2013 San Diego mayor apologizes for behavior, says 'I need help'

• **CBS 8** – July 10, 2013 Mayor accused of sexual harassment, asked to step down

• **Voice of San Diego.org** – July 10, 2013 6 Lingering Questions About the Filner Debacle

• **Voice of San Diego.org** – July 10, 2013 Et Tu, Progressives? Filner Faces Brutal Foe

• **KPBS.org** – May 31, 2013 How Bacteria Could Clean La Jolla Cove

• **KPBS.org** – April 3, 2013 Avoiding Gridlock Up The San Diego Coastline

• **U-T San Diego** – February 21, 2013 SANDAG prepping $40M PR push



Contact Us

CLG

(760) 942-8505

info@coastlaw.com



1140 South Coast Highway 101 Encinitas, CA 92024

Name

Email Address

Message

SUBMIT

By clicking submit, you expressly confirm 1. that an attorney/client relationship is NOT created; and 2. that you expressly agree to be contacted by one of our attorneys or staff members via email or telephone.

# COAST LAW GROUP LLP

Coast Law Group, LLP © 2017.

## About Us

- About Us
- What's New
- Meet Our Team
- Contact Us

## Practice Areas

- Action Sports
- Business
- Employment Law
- Environment / Land Use
- Intellectual Property

## Practice Areas

- Litigation
- Non-Profits
- Online Marketing
- Personal Injury

- Real Estate

Coast Law Group, LLP © 2017.

# Exhibit F


