SCOTT M. LOWRY (CA Bar No. 244504)
scott@lawlb.com
LOWRY BLIXSETH LLP
23632 Calabasas Road, Suite 201
Calabasas, California 91302
Telephone: 818-584-6460
Facsimile: 818-574-6026

CHRIS KAO (CA Bar No. 227086)
ckao@kaollp.com
ANDREW HAMILL (CA Bar No. 251156)
ahamill@kaollp.com
WHITNEY MINER (CA Bar No. 290825)
wminer@kaollp.com
KAO LLP
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: 415-539-0996
Facsimile: 866-267-0243

Attorneys for govino, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| GOVINO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**GOVERRE, INC., a Delaware corporation; REGAN KELAHER, an individual; SHANNON ZAPPALA, an individual; and DOES 1-10,**<br>Defendants. | Case No. 8:17-cv-1237 JLS (JCGx)<br><br>**DECLARATION OF REBECCA THOMPSON IN SUPPORT OF PLAINTIFF GOVINO, LLC'S OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  September 7, 2018<br>Time: 2:30 p.m.<br>Place: Courtroom 10A<br>Judge: Hon. Josephine L. Staton |

I, Rebecca Thompson, hereby declare:

1. I am over 18 years of age, of sound mind, capable of making this declaration, and personally acquainted with the facts stated herein. I have personal knowledge of the facts in this declaration.

2. I am the Southern California and Southwest Regional Manager for Maisons and Domaines Henriot, a wine import company that specializes in the distribution, sales, and marketing of high-end wines. I have worked in the wine industry for twenty years. Prior to working at Maisons and Domaines Henriot, I worked for another wine importer Clicquot Inc., and a wine distributor.

3. I have been Joseph Perulli's partner for over three years, and frequently attend social engagements with him as well numerous food and wine consumer events. From May 2016 through 2017 there were multiple times when Joseph and I spent time with John Greer, Beth O'Hara (now Beth Greer), and Shannon Zappala.

**Wedding in Cortona, Italy in May of 2016**

4. In May of 2016, Joseph and I attended the wedding of John and Beth in Cortona, Italy. Joseph and John were close friends, and we were invited to attend John's wedding as his guests. I brought a magnum bottle of Henriot Rose champagne that was used for the champagne toast after the wedding. Joseph brought 72 glasses of Govino glasses that were engraved with the date of John and Beth's wedding.

5. The wedding party was small - only around 17 people attended which included Shannon. Joseph and I were two of the four non-family members who were invited.

6. Everyone stayed at the same villa over a four day period, and participated in the same wedding festivities. We all cooked, lounged out by the pool, and enjoying happy hours, breakfasts, lunches, and dinners together. Everyone frequently used the Govino glasses over the four day period, including

1  Shannon.

2      7.    I spoke with many people at the wedding party, and often talked about my job at Maisons & Domaines Henriot and how I had worked in the wine industry for many years. It was a natural segue since many of the guests were complimentary of the champagne I brought, including Shannon.  When I spoke with Shannon, she told me about she used to work in marketing and had since become a stay at home mom.  No one at the party mentioned, discussed, or referred to Goverre.

**June 13th 2016.**

    8.    On June 13th, 2016 Joseph and I met John and Beth Greer at our friend Lonnie Bishop's house for a happy hour before going to a celebratory post wedding dinner at Terroni in Los Angeles.  John Jr. ( John's son) ended up joining us for dinner as well.  Joseph of course brought Govino's and I brought wine for the occasion.  At no point during the happy hour or the dinner did anyone mention, discuss, or refer to Goverre.

**Fourth of July Weekend in 2016**

    9.    During the holiday weekend of July Fourth in 2016 , I accompanied Joseph to John Greer's house for a 4th of July party where John, Beth, John's sons, Shannon, Shannon's daughter, her husband, Beth and Shannon's mother and stepdad were all present.  Joseph brought Govino glasses while I brought wine to John's house along for us all to enjoy.  At no point did anyone mention, discuss, or refer to Goverre.

    10.    Joseph and I also spent time with John and Beth on a boat in the San Diego Marina.  We enjoyed appetizer and wine of course using Govino's.  Joseph and I sat and talked with John and Beth for several hours. At no point did they ever mention, discuss, or refer to Goverre.

DECLARATION OF REBECCA THOMPSON

**December 26th 2016**

11. On December, 26th 2016 I attended a Christmas holiday luncheon with Joseph, John, and Beth in Costa Mesa at Marche Modern restaurant. Joseph again brought Govino glasses and I brought wine to the luncheon.

12. During the course of our conversations, no one ever mentioned, discussed, or referred to Goverre.

**February 22-23, 2017**

13. On February 22, 2017 Joseph and I met John and Beth at The Resort at Pelican Hill in Newport Beach, California for a happy hour. Again, Joseph and I showed up with govino's and bottles of wine for us all to enjoy. John and Beth never mentioned, discussed, or referred to Goverre.

14. The next day, on February 23, I met up with Beth again for several hours at The Resort. Beth never mentioned, discussed, or referred to Goverre.

**Goverre**

15. I was shocked to later learn that there was a wine on the go glass named Goverre that had been developed by Shannon. I was also shocked to learn that I had spent quality time with John, Shannon and Beth throughout 2016 and 2017 and that none of them had even mentioned Goverre, or that Shannon was making wine glasses – especially since I had spoken with them about my career in the wine industry.

16. I first learned about Goverre after it was brought to my attention that it had aired on Shark Tank. Shortly thereafter, I accompanied Joseph to two large consumer events in 2017: the Harlem Eat Up in May and the Aspen Food and Wine in June where multiple attendees approached Govino's table and asked if Govino was recently on Shark Tank.

4
DECLARATION OF REBECCA THOMPSON

1  
2  I declare under the penalty of perjury that the foregoing facts are true and  
3 correct.  
4  
5  Executed on August 16th 2018 in Laguna Beach California.  
6  
7  
8  
9          Rebecca Thompson  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28