Scott M. Lowry (CA Bar No. 244504)
scott@lawlb.com
LOWRY BLIXSETH LLP
23632 Calabasas Road, Suite 201
Calabasas, California 91302
Telephone: 818-584-6460
Facsimile: 818-574-6026

Chris Kao (CA Bar No. 227086)
ckao@kaollp.com
Andrew Hamill (CA Bar No. 251156)
ahamill@kaollp.com
Whitney Miner (CA Bar No. 290825)
wminer@kaollp.com
KAO LLP
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: 415-539-0996
Facsimile: 866-267-0243

Attorneys for Plaintiff and Counter Defendant govino, LLC

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GOVINO, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GOVERRE, INC., a Delaware corporation; REGAN KELAHER, an individual; SHANNON ZAPPALA, an individual; and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 8:17-cv-1237 JLS (JCGx)<br><br>**PLAINTIFF AND COUNTER-DEFENDANT GOVINO, LLC's APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

1

PLAINTIFF AND COUNTER-DEFENDANT'S APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL

| | |
|---|---|
| 1 | GOVERRE, INC., a Delaware corporation; |
| 2 | REGAN KELAHER, an individual; SHANNON |
| 3 | ZAPPALA, an individual; and DOES 1-10, |
| 4 | Counter-Plaintiffs, |
| 5 | v. |
| 6 | GOVINO, LLC, a Delaware limited liability |
| 7 | company, |
| 8 | Counter-Defendant |

     Plaintiff and Counter-Defendant Govino, LLC ("Govino") respectfully applies to this Court for the entry of an order permitting it to file the following documents under seal:

- Portions of Govino's Opposition to Goverre, Inc.'s Motion for Partial Summary Judgment which reference information designated by Defendant and Counter-Plaintiff Goverre as Confidential or Attorney's Eyes Only.
- Small portions of Govino's Statement of Genuine Dispute of Material Fact In Opposition to Goverre's Motion for Partial Summary Judgment which reference information designated by Defendant and Counter-Plaintiff Goverre as Confidential or Attorney's Eyes Only.
- Exhibits E, F, G, J, L M, N, P, Q, S, T, and AC to the Declaration of Whitney Miner in Support of Plaintiff Govino's Opposition to Defendants' Motion for Partial Summary Judgment

This application is made pursuant to Local Rule 79-5.2.2(b) ("Documents Designated by Another as Confidential Pursuant to a Protective Order"). As noted above, the information and documents sought to be filed under seal were all designated by Defendants and Counter- Plaintiffs Goverre, Inc., Regan Kelaher, and Shannon Zappala as Confidential or Highly Confidential – Attorney's Eyes Only. These documents include deposition transcripts, financial statements, business plans, meeting minutes, and other reports containing business plans and product designs.

     Pursuant to the Stipulated Protective Order entered by this Court on October 24, 2017 [Doc. 42] ("Protective Order"), such confidential material must be filed under seal pursuant to the Local Rules.

1  The Parties have met and conferred regarding the filing of Goverre's previously designated Confidential/ Attorney's Eyes Only documents publically (with or without redactions). Goverre has requested that its documents previously designated as Confidential and Attorney's Eyes Only be filed under seal, and counsel for Govino saw no reason to oppose.

Therefore, Plaintiff and Counter-Defendant Govino, LLC respectfully requests that this Court grant the application to file under seal upon a substantive showing by Defendants and Counter- Plaintiffs Goverre, Inc., Regan Kelaher, and Shannon Zappala that the information should be sealed.

Dated: August 17, 2018

                          Respectfully submitted,

                          */s/ Chris Kao*_____

Scott M. Lowry
Lowry Blixseth LLP
23632 Calabasas Road, Suite 201
Calabasas, California 91302
Telephone: 818-584-6460
Facsimile: 818-574-6026

Chris Kao
Andrew Hamill
Whitney Miner
KAO LLP
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: 415-539-0996
Facsimile: 866-267-0243

Attorneys for Plaintiff and Counter Defendant govino, LLC

# CERTIFICATE OF SERVICE

I herby certify that on August 17, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       */s/ Whitney Miner*
                                       Whitney Miner